<pre>
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF OREGON

 3    UNITED STATES OF AMERICA,        )
                                       )
 4                   Plaintiff,        )
                                       )
 5      v.                             )   6:10-cr-60066-HO-1-2
                                       )
 6    STEVEN DWIGHT HAMMOND,           )
      DWIGHT LINCOLN HAMMOND, JR.,     )
 7                   Defendants.       )

 8

 9            TRANSCRIPT OF TRIAL PROCEEDINGS

10          BEFORE THE HONORABLE MICHAEL R. HOGAN

11      UNITED STATES DISTRICT COURT JUDGE, AND A JURY

12                TUESDAY, JUNE 12, 2012

13                  PENDLETON, OREGON

14    DAY 1, PLAINTIFF OPENING STATEMENT - PAGES 1 - 51

15                        -:-

16

17

18

19

20

21

22

23            Deborah Wilhelm, CSR, RPR
                   Court Reporter
24               P.O. Box 1504
               Eugene, OR  97440
25               (541) 431-4113
</pre>

<pre>
 1                      APPEARANCES OF COUNSEL

 2    FOR THE PLAINTIFF:     FRANK R. PAPAGNI, JR.
                             ANNEMARIE SGARLATA
 3                           United States Attorney's Office
                             405 E. 8th Avenue
 4                           Suite 2400
                             Eugene, OR  97401
 5                           (541) 465-6771

 6    FOR THE DEFENDANT:     LAWRENCE H. MATASAR
      (Steven D. Hammond)    Lawrence Matasar, P.C.
 7                           621 S.W. Morrison Street
                             Suite 1025
 8                           Portland, OR  97205
                             (503) 222-9830
 9
                             W. ALAN SCHROEDER
10                           Schroeder & Lezamiz Law Offices
                             447 West Myrtle Street
11                           Boise, ID  83701-0267
                             (208) 384-1627
12

13    (Dwight L. Hammond)    MARC D. BLACKMAN
                             Ransom Blackman LLP
14                           1001 SW Fifth Avenue, Suite 1400
                             Portland, OR  97204
15                           (503) 228-0487

16

17

18

19

20

21

22

23

24

25
</pre>

1                  (Tuesday, June 12, 2012)

2             (Proceedings were had which were not

3    transcribed or are bound under separate cover.)

4             (Lunch recess:  11:47 until 12:45 p.m.)

5                  P R O C E E D I N G S

6             THE CLERK:  Come to order.  This court is again

7    in session.

8             THE COURT:  Mr. Papagni.

9             MR. PAPAGNI:  Please the court, opposing

10   counsel, colleagues, members of the jury, Judge Hogan

11   told you before we broke for lunch, attorneys' comments

12   is not evidence, and that's true.  We don't give the law

13   either.  The law comes from the court.  But you folks

14   are going to be shown some things here in a second which

15   are the charges that these two men face that the United

16   States has alleged they have done.

17             The accusation is meaningless.  The grand jury

18   just indicted them.  That's not evidence either.  All

19   the evidence will come from the witness stand.  And as

20   I'll be talking about for quite a while this afternoon,

21   you'll get a little outline of the case, and that's all

22   an opening statement is.

23             My job for about the next hour is to tell you

24   why we think our evidence will prove to you beyond a

25   reasonable doubt that they did what they are accused of.

1    And the defense lawyers are going to stand up and tell

2    you why we won't be able to do that.  Pretty simple

3    process.

4            And then we'll get to the witnesses.  So you

5    are going to be sitting here for a week or two,

6    hopefully not longer.  And at the end of that you're

7    going to be asked some questions.  And I'll -- the way

8    you answer your questions is you got to know what the

9    charges are.  So I'm going to ask Ms. Root to go ahead

10   and put them up.  Start with Number 1.  There we go.

11           The first one is a conspiracy charge.  The

12   judge read to you the indictment.  And I'm just going to

13   go through these real quickly, it just helps my argument

14   or my statement better for you.

15           A conspiracy is nothing more than an agreement,

16   an agreement between two people to break the law.  In

17   this case, we have alleged that they've -- these two

18   men, father and son, they've agreed to go ahead and

19   intentionally and maliciously damage real or personal

20   property owned by the United States.  And the United

21   States owns a lot of property.  Some of Forest Service,

22   some BLM, some Malheur Wildlife Refuge, U.S. Fish and

23   Wildlife Service.

24           In this case, we're primarily concerned about

25   the U.S. Fish and Wildlife Service as well as BLM, but

1    it doesn't much matter.  The accusation, and that's all

2    it is, is that they made an agreement to intentionally

3    and maliciously damage it.  That could be fences, that

4    could be real property, it could be bitter brush that

5    mule deer feed on.  It could be all sorts of things.

6          We have Ms. Sgarlata here.  And when it's her

7    turn to go ahead and examine some witnesses, she's going

8    to put some folks on the stand, they're going to talk

9    about the damage aspect of the case.  That probably

10   won't be until next week.  But that's going to be her

11   job.  And we have a few folks to talk to you about that.

12         So the conspiracy doesn't have to be just one

13   crime.  It can be separate.  You got to decide them

14   separately.  But it has to be unanimous on each of them.

15   But it can also be by means of fire that they willfully

16   damaged or attempt to damage in excess of $1,000.  So

17   it's a little bit of difference between the top one and

18   the second one.  Second one is we have to show you it's

19   more than $1,000 worth of damage to the government's

20   property, United States' property.

21         Third one is little different, too.  And you'll

22   figure that out as we get into the case.  Again, they

23   intentionally, maliciously, but they damaged some

24   property by means of fire.  This is all about fire in

25   this case.  That they intentionally and maliciously

 1    damaged or attempted to damage property that's used in

 2    interstate commerce or affecting interstate commerce.

 3           Jump ahead a little bit.  We're contending that

 4    when they lit some fire on U.S. property, burned over

 5    onto private property, the neighbor's property,

 6    Mr. Otley's property, and it burned up a big section of

 7    his property, and he'll come in here and he'll testify

 8    to you that he raises cattle, which is not pretty much

 9    unheard of, but he sells it in Nevada.  And they do it

10    over the video sometime.  But that cattle goes across

11    what?  State lines.  That's why we're saying that when

12    he damaged Mr. Otley's property and Mr. Otley was

13    selling his property over state lines that interstate

14    commerce is involved.

15           Go to the next count.  Thank you.  Now, this

16    count is -- gives you a date.  And it kind of will help

17    you get through this thing if you keep your dates in

18    line.  This goes back a long time.  It goes back to

19    September 30th of 2001.  And these fires are given

20    names, sometimes multiple names.  It gets a little

21    confusing.  We anticipate you should listen carefully to

22    that, because we're going to try to break it down by

23    dates and locations, but it's alleged that there is a

24    Hardie-Hammond arson.  And this was a grazing allotment

25    section.  Talk about that in a moment.  And Mr. Steven

1    Hammond, his father Dwight Hammond, and other persons

2    directed by them, and that will become clear to you as I

3    get into that particular fire, we'll talk about the

4    witnesses we anticipate what the testimony is going to

5    be, that more than just two of them here intentionally

6    and maliciously damaged, destroyed, or attempted to

7    damage or destroy by means of fire real and personal

8    property owned by the United States.  One count.

9           Go on to the next one, please, Ms. Root.  Then

10   we kind of jump ahead about five years to August 22nd of

11   2006.  And now it's the same thing.  It's the same type

12   of charge except it's a different location.  It's also

13   one of their grazing allotment areas.  It's the Lower

14   Bridge Creek area.

15          Go on to the next one, please.  Next, same --

16   different count, but now we say it's more than $1,000.

17   You can kind of see here in a second how it works

18   together.

19          Lower Bridge Creek, this time we're saying the

20   same amount of money, more than $1,000.

21          Going on to the next one.  Now we got another

22   area, same date, although you are going to find out as

23   we go through it in a second, that it's later at night.

24   This one is called the Krumbo Butte arson.  Make the

25   same accusation against these people.  The same

 1    accusation is that they did it intentionally and

 2    maliciously.

 3            Now, the defense attorneys are going to stand

 4    up and we anticipate that they're going to say, well, we

 5    had a right to do it or it was an accident or we may

 6    have been reckless or negligent, and they may offer

 7    evidence in that regard, and that's fine.  And if you so

 8    find, then they're not guilty.  You have to find them

 9    not guilty.  But we're contending otherwise.  So that's

10    that count.

11            Let's go on to the next one.  $1,000 again.

12    Same thing.  So you can see very quickly that these

13    fires, there's four of them to be concerned about, only

14    the first one has one count, the other have two.

15            Go on to the next one, please.  This one is

16    different.  This one is different.  This one has a

17    kicker, if you want to call it that.  In this one we

18    allege on August 23rd, the next day, it's referred to as

19    the Granddad arson, that's going to be kind of

20    confusing, but we're going to clear that up for you,

21    along Bridge Creek Road that these two men intentionally

22    and maliciously damaged and destroy, or attempted to

23    damage or destroy by means of fire, real and personal

24    property of the United States.  This is the hook.  This

25    is the concern.  This is going to be interesting to you.

1          As a result of what they were doing, they

2    directly and proximately created a substantial risk of

3    injury to one or more persons, including, but not

4    limited to, BLM employees and firefighters Chad Rott,

5    Lisa Megargee, Lance Okeson and Joe Glascock.  We'll

6    talk about that probably a lot more.

7          Next one, please.  There is $1,000 again.

8          Next one.  This tampering with witness charge,

9    Number 9, that's a day after, that's August 24th.  Some

10   of you may know the Frenchglen Hotel.  I think Judge

11   asked you earlier today.  And the accusation is that

12   this BLM employee whose name I just read to you a moment

13   ago, that he met up with Steve Hammond at the Frenchglen

14   Hotel.  And the accusation is Mr. Hammond when he met

15   with Mr. Glascock he tried to intimidate him and

16   threaten him and attempt to corrupt him, persuade

17   Mr. Glascock not to report any lawful violations of the

18   law, in other words not to tell law enforcement what

19   Steven Hammond and his father had done the previous day.

20   That's the accusation.  Nothing more.  Nothing more.

21   Mr. Glascock will be taking the stand.

22          So those are just the charges.  So let's break

23   down the fires.  Now, in a second here what's going to

24   pop up, I hope, is going to be a map, a big overall map,

25   please, and it's going to be a separation of four fires.

1   Now this covers the period -- and you'll have it on your

2   monitors -- but it should be blurry enough that you

3   can't read all what I call bubbles, like cartoons, when

4   you read cartoons it has the bubbles, you're not

5   supposed to be able to read those yet, but what you're

6   going to see is just an overall map of the vicinity that

7   we're concerned about, which covers thousands of acres.

8              Okay.  So this little burned area here, it's

9   called the Hardie-Hammond fire in 2001.  It's in black.

10  We jump five years ahead and we have the Lower Bridge

11  Creek Fire.  And we'll talk about that because part of

12  that fire was caused by lightning.  There is no

13  contention to the contrary.

14             The third fire is up to the north.  That's

15  Krumbo Butte Fire.  We'll talk about that.  That's fire

16  number three.

17             And then there is a fourth fire, which is along

18  Bridge Creek Road.  You see a lot of little red marks

19  there.  And that's the one that we -- there's a

20  contention that there were folks along that road and

21  that Mr. Dwight Hammond and Steven Hammond here when

22  they were lighting fires, put those people in harms'

23  way.  The law is more specific and we'll talk about

24  that.

25             This is a general map.  So let's talk about the

1   specific fires.  Got to break them down for you.  Before

2   we go to the first fire, it's important that you know

3   that in 1999, we're going to have Mr. Dyer testify.  And

4   we anticipate his testimony is going to be is he was the

5   BLM district manager or ranger, he was the kind of top

6   dog in the area.  And he will testify that in September

7   of 1999, one of the permittees, Mr. Steven Hammond, went

8   ahead and he called up and wanted to burn on his

9   property, which was fine, burn some sagebrush.  And that

10  was good.  But he was told be careful.  Don't burn on

11  the public land.  Well, it did.

12          Okay.  It burned on the public land.  Now,

13  maybe 90 acres, it wasn't much, okay.  And Mr. Dyer will

14  testify that he asked Steven Hammond and Dwight Hammond,

15  who's sitting next to him, and the mother who had owned

16  the Hammond ranches, now Hammond ranch is a pretty good

17  sized spread.  Not supposed to ask a person how big

18  their spread is but we'll anticipate that you'll find it

19  was over 10,000 acres.  And they have a lot of these

20  grazing allotments, which are a lot more bigger and a

21  lot more valuable.

22          Well, 1999, this little fire kind of spread

23  over on to public land and Mr. Dyer asked them to come

24  on in, and they did.  Mr. Dyer asked Steve Hammond if,

25  you know, he did this, if he burned it, and he said,

1    yeah, I did.  And he was asked -- there was another BLM

2    employee there, we anticipate the testimony will be --

3    he was asked, well, did you try to stop it?  No.  Could

4    you control it?  Well, it wasn't controllable.  Did you

5    do anything to prevent it?  No.  So Mr. Dyer gave him a

6    tongue lashing.  He said, don't be doing that in the

7    future, we'll anticipate the testimony will be.  And he

8    said, you can't do that.  And if you want to burn your

9    grazing allotments, we have a program you have to go

10   through.  You have to agree with us.  It's called a

11   prescribed burn agreement.  And you have a range con

12   that you can work through.

13          Now, for those of you who don't know, we

14   anticipate the testimony will be that at the time the

15   range con or the rangeland specialist, they got these

16   nice names, whose specialization is to work with a

17   permittee to help them get their grazing for their cows,

18   the AUM's.  I don't pretend to tell you what that means,

19   but we're going to have someone here that will.  And you

20   work together.  You know, and you want your AUM's to go

21   ahead and move your cows so they get fed good and more

22   pounds means more money.  And so Mr. Ward was their

23   range con.

24          So Mr. Dyer said to the Hammond family who were

25   all sitting there, look, if you want to burn it, let's

1    do a prescribed burn agreement.  Now, you can do what

2    you want on your property because that's private

3    property, but public property, we got all this red tape

4    and regulations you get to go through.  Okay.  But we

5    got to go through it because it's public property.  You

6    don't own it.  You have a grazing lease on it.  So

7    Mr. Dyer tells him that, and his dad, and his mom.

8            And after they are through saying that,

9    Mr. Dyer, we anticipate will testify, and he'll testify

10   this afternoon, that after he said we can do this

11   agreement, if you want to do it, do it with Dave Ward.

12   But then comes the warning.  Then comes the warning.

13   Don't do it again.  If you do, there'll be legal

14   consequences.  It could be nothing but a fire trespass,

15   a little fine.  It might be a prosecution for

16   suppression activities.  It wasn't much discussion.  But

17   if you intentionally set fires, that could be more.

18           And then Mr. Dyer does what?  Well, this is

19   BLM.  He does nothing.  There's no fine.  There is

20   nothing.  The case is closed.  That's 1999.

21           That sets the stage for why you folks are here,

22   because now we jump ahead two years.  Two years later,

23   it's public land, we have people that like to hunt.  And

24   we anticipate the testimony from Gordon Choate, maybe

25   this afternoon, is that Mr. Choate grew up in Burns.  He

1   was a hunter.  He loves to hunt.  He knows all about

2   hunting.  And he was retained by a guide service to

3   guide a couple -- a father and son, and they'll testify,

4   too, Dennis and Dustin Nelson.  Dustin had just gotten

5   off his Mormon mission.  His dad lives in Utah.  Dad is

6   a construction guy.  Let's bring my son out here.  We'll

7   go hunting and get a good mule deer, you know, get a

8   good buck.

9           So Gordon Choate goes ahead.  And he goes out

10  in the public land here.  Now, we've got these maps.

11  You're going to be seeing a lot of maps, folks.  We got

12  these maps.  This is Number 2.  Defense counsel, if you

13  can't see it there, it's Number 2.  Number 2, the

14  Hardie-Hammond fire.  Remember we talked about it.  We

15  have -- we'll show you a lot of photographs.  Just as a

16  footnote, we anticipate the testimony will be when you

17  see the numbers Exhibit 10 and these little white

18  things, or you'll see exhibits underneath them, the

19  reason why we do that is if these photos come into

20  evidence, which we think they will through the

21  witnesses, and maybe a week from now you forgot where

22  Exhibit Number 126 the photograph was taken, just look

23  at the map, and this one says Exhibit Number 7, you look

24  at Exhibit Number 7, and you'll know exactly where it

25  was taken and when.

1       So Mr. Choate sets up a camp.  He's getting

2   paid $1,000 for this trip.  Dusty and Dustin Nelson,

3   they come out, father-and-son trip, it's going to be a

4   great time.  And so we'll get Mr. Choate up here.  They

5   come out, he sets up his camp, and it's near Hammond

6   ranch property.  You'll see it here.  Hammond ranch

7   property here, Hammond ranch property here.  And they

8   come out.  And the first day of hunting season, they go

9   out and they see some bucks, but they're not really, you

10  know, we can do better, so they wait until

11  September 30th, the morning of September 30th.  They get

12  up about -- before -- it's still dark out.  And he parks

13  his truck -- Mr. Choate parks his truck along the road

14  here.  And they walk out into the public section,

15  section 15, and they go ahead and they wait, and the

16  young man makes a single shot and gets himself a real

17  nice buck.

18       The man on the right is Gordon Choate.  He's

19  going to be your witness.  Dustin is the young man on

20  the -- to be to your left.  And there is the buck.  His

21  dad, too, was there.  He'll testify this afternoon.

22       So if you look at the sky, it's just a gorgeous

23  sky.  There ain't any clouds or lightning anywhere.  And

24  that will come up later.

25       So they get their buck.  And it's a happy day.

1   Mr. Choate moves his pickup down the road so it'd be

2   closer to drag the buck to.  And while he's parked

3   there, he sees coming down the road from the east, we

4   anticipate the testimony will be, is a pickup.  And in

5   that pickup is Dwight Hammond.  And Dwight Hammond talks

6   to Mr. Choate.  And we anticipate the testimony will be

7   that Mr. Dwight Hammond asks, well, how's your hunting

8   going? or something to that effect.  And one of his

9   passengers makes a smart-aleck comment.  They got a good

10  one, but uses a little different language.

11          And Mr. Dwight Hammond asks these guys where

12  they're camped.  And Mr. Choate knows Mr. Dwight

13  Hammond.  Had met him once before.  And Mr. Choate, we

14  anticipate, will testify that he was pretty cautious

15  when he said where they were camped.  He just kind of

16  waved out over here, waved his arm up Bridge Creek Road.

17  Didn't say much more.

18          Next thing Mr. Dwight Hammond says, well, we

19  have a couple of guys, meaning hunters, coming over the

20  hill.  Okay.  Fine.  So Mr. Choate starts to get his

21  deer going down the road.  Mr. Dwight Hammond heads off

22  toward the west.  And that's pretty much it.

23          And as they're going down the road with their

24  buck, young man, his dad, Mr. Choate see a group of

25  deer, nice deer, coming across the ridge and go down

1    under the road and come back up on the other side.  They

2    get out their binocs and they stop and it's really a

3    pretty site.

4            Well, it was, and all of sudden the shots rang

5    out, about 10, 12 shots.  And all of a sudden, these

6    deer -- they see some pelt flashing, one leg flopping.

7    And they look over to the right.  And Mr. Dusty Hammond

8    (sic) sees one man kind of shooting wearing a white

9    cowboy hat, white cowboy hat.  And so they see that, and

10   the anticipated testimony will be, that Mr. Choate

11   decides it's kind of time to leave, and so they turn

12   around, and as they're heading back, they look back and

13   they see there's four people up there.  That will become

14   important to you folks later, four folks.

15           And they drive back to their camp.  Now, when

16   they're driving back to their camp, keep in mind that

17   Dwight Hammond, his property is nearby, when he's

18   talking with Mr. Choate, we anticipate his testimony

19   will be that Mr. Dwight Hammond did not tell Mr. Choate

20   these two people, by the way, we're going to do a

21   controlled burn today.  We're going to start some fire

22   on our property this Sunday, you know.  Even though my

23   group of folks here are hunting, we're going to do a

24   controlled burn because we got this sagebrush and

25   unwanted vegetation, so we're going to light up our

1    property.  We might want to tell you that.  Well, he

2    didn't.  Mr. Choate will say he was never told that.

3              But they get back to their camp, and we

4    anticipate the testimony will be that around 10 o'clock,

5    when Mr. Choate is dressing down the buck, smoke comes

6    into the camp.  10 o'clock.  Plus or minus 15,

7    20 minutes, not too long after the deer were shot.

8    Mr. Choate has a reason to be upset.  He has a first

9    obligation to get these father and son out of there.  So

10   he packs up the deer.  And they travel up this road,

11   which is called Bridge Creek, they go clear around to

12   Moon Hill, also called McCoy Ridge, they go by different

13   names.  And they take them clear down to base camp where

14   the Nelsons are at.

15             Dennis Nelson will testify that they were

16   heading back to Utah.  And the buck was loaded up.  And

17   he thought it was right around noontime that they were

18   already back at their truck there.  Okay?  That becomes

19   important.

20             I have this blocked out here.  That's where he

21   observed the deer when he was hunting.  It becomes

22   important because what happens next is Mr. Choate goes

23   back to his camp.  He's got $1,000 in camping gear.  And

24   as he's going back, he stops along the roadway, and he

25   takes photographs right around noontime, a little bit

 1   after noon.  And you're going to see those photos of the

 2   fire.  And you can tell -- section is what?  About a

 3   mile?  So it's about three miles away.  Choate takes the

 4   photos.  The only photographs you're going to see.  Not

 5   from any law enforcement people, just this hunting

 6   guide.

 7          He gets back to his camp, takes him a long time

 8   because he's concerned about where the -- that fire's

 9   going to come through his camp.  Smoke's blowing right

10   through it.  It's black.  He gets back about 5 o'clock,

11   6 o'clock, and he calls for a game cop.  Because after

12   he saw the guy in the white hat shoot his deer, the guy

13   in the white hat comes down the ridge and hides behind

14   some sagebrush.

15          Mr. Choate will testify that when Dustin Nelson

16   got his buck, they tagged the buck.  You need a license.

17   This is public land, not landlord land, where the deer

18   were at.  So Mr. Choate stays in his camp, calls for a

19   game cop.  Next day, a game cop comes out about 9

20   o'clock.  Two of them, one with U.S. Fish and Wildlife

21   Service and one with the Oregon State Police.  They come

22   out.  Mr. Choate feeds them breakfast.  It's 9 o'clock.

23   Takes them to the location where the deer was shot.

24   There is no blood trail, nothing there.  Of course,

25   Gordon will tell you that as an experienced hunter, he

1  knew that the blood after a while with smoke and time,

2  turns kind of black or dirty looking, but he'll tell you

3  about that.  They couldn't find any evidence of the deer

4  being hit.  No dead deer.

5          They kind of walked around but they couldn't

6  see much because it was -- smoke was burning through the

7  area.  And we anticipate what will be said is that while

8  he was standing there up on the hill where the deer was

9  shot, he sees the same pickup that he saw Mr. Dwight

10  Hammond in, and he sees someone wearing a white cowboy

11  hat go down in front of him.  And he's just standing

12  there.  So he's made his complaint.  And he's talked

13  about what will happen.  And so there is an

14  investigation.

15          The investigation, they finally get a BLM

16  officer into the case about a month later.  And they

17  investigate it.  And Dave Ward, the game range con, he

18  had no notice that they were going to do this burn, he

19  gets up there and he notices right along the fence line,

20  138, 139 acres burned.  Not a whole lot, but it has to

21  fence off this little section for a couple of growing

22  seasons.  So it's only about 400 bucks, plus whatever it

23  costs to suppress it, whatever it was -- there were no

24  suppression costs.  It wasn't a very expensive fire.

25          But it meant a lot to Mr. Choate and father and

1    son.  So the government gets involved in this.  And we

2    go ask Mr. Steve Hammond, Dave Ward takes him out near

3    Blitzen Road Creek a few weeks later.  And he asks

4    Mr. Hammond about the fire.  Mr. Hammond says he didn't

5    know anything about it.  He didn't light the match.

6    Okay.  Well, this LEO wants to talk to you.  Well, I'm

7    not going to just get a ticket.  He'll have to come and

8    see me somehow.  I'm not going into Burns just to get a

9    ticket.  Okay.  That's fair.

10        So what happens is that Mr. Ward arranges for

11   this law enforcement officer, Agent Shrader, to talk to

12   Mr. Hammond.  And there is a phone conversation before

13   that.  Mr. Hammond says, ask me specific questions.

14   Mr. Shrader does.  And the answers are:  No, I didn't do

15   it.  No Hammond ranch was involved.  No.

16        And then as the questions are being asked of

17   him, he said, well, I did start a fire October 1st in

18   section 25, which is along his property.  But that's not

19   where the fire was.  That didn't make much sense.

20        Then Dave Ward mentions that there was a deer

21   slaughter, some deer were shot.  Mr. Steven Hammond gets

22   very agitated at Dave Ward, his range con.  Dave, why

23   didn't you tell me, he says.  Well, Dave didn't know

24   they were going to be out there lighting the fire.  He

25   didn't think of it.  But when that happened, something

1    else occurs.

2          At this point, the government, everybody says

3    case over, we can't prove it, end of case, no charge.

4    Just Gordon Choate's word.  So the years pass.

5          2001 goes into 2002.  In 2002, in June, Mr.

6    Steve Hammond writes a letter to Mr. Dyer.  It's a long

7    letter.  It's six pages, single spaced.  He says, Dave

8    Ward isn't communicating well.  Dave Ward doesn't do

9    this.  Dave Ward doesn't do that.  And at the end of the

10   letter, he says I don't want Dave Ward as my range con

11   unless you have another employee.

12         He also says in the letter, about midway

13   through it when it's talking about the slaughtering

14   incident, Dave Ward didn't tell me about that and I was

15   not there.  That's what he wrote in the letter he

16   signed.  I was not there.  Okay.  That's 2002.

17         2003, we get a new person in BLM, management

18   cycles through.  What happens is a gal comes in, little

19   gal, and she's a by-the-book type person.  Her name is

20   Karla Bird.  We anticipate her testimony will be that

21   she wanted to meet the Hammonds.  She goes out to the

22   Hammond ranch with the new range con, Cam Swisher.  And

23   they go out and they meet the mother, who's co-owner of

24   the ranch, Susie Hammond.  Good note taker by all

25   accounts.  And we anticipate what will happen is that

1   while they're looking at their grazing allotment map,

2   according to Karla Bird's sworn testimony, we

3   anticipate, is that Steve Hammond starts waving at the

4   map and says, I set this fire.  I set this fire.  I set

5   this fire.  I set this fire.  And you guys didn't catch

6   me.

7           She wrote that down.  That was her first

8   meeting with the guy.  But nothing happens.  You can say

9   whatever you want in this country, you gotta prove it.

10          So 2003 passes and now we go to 2005.  Now,

11  there's some fires up there in 2005.  And there is no

12  claim from the government's side of the table that the

13  Hammonds were responsible for that.  Could have been

14  lightning.  But whatever the cause of it, there was

15  fires, and those fires become important because they're

16  the anchor points from the 2006 fire.  And you'll learn

17  what anchor points are from Lance Okeson.

18          Nothing on 2004.  So in 2005, we have Ms. Bird,

19  she gets a call from Steve Hammond who says I don't want

20  a firefighter's footprint on our property.

21          MR. BLACKMAN:  Objection.

22          MR. MATASAR:  Objection, Your Honor.  I believe

23  there was a pretrial ruling on this matter.

24          THE COURT:  Sustained.

25          MR. PAPAGNI:  What I'm referring to is he calls

 1   her and says I don't want any firefighters put on the

 2   property.

 3            THE COURT:  Go on to the next matter, please.

 4            MR. PAPAGNI:  So what happens is she takes that

 5   and she works out a plan trying to say that we won't do

 6   that.  Okay.  And that becomes important because as

 7   you'll find out, we have a young man named Chad Rott who

 8   becomes a BLM firefighter.  In 2005 he's making a run

 9   trying to get out to the public land to put out the fire

10   and he makes a wrong turn.  And that goes on to Hammond

11   property.  Now, he's got his little crew with him.  Chad

12   is a young man.  And when he does that, this pickup

13   follows him and pulls him over.  And the person in the

14   pickup is Steve Hammond.

15            And he remembers that because he got -- well,

16   he'll tell you how he got chewed out in front of his

17   crew, but he never forgot it.  So because he went onto

18   that property like that, Karla Bird gets this phone

19   call, we don't want the firefighters on the property.

20            MR. BLACKMAN:  Objection.

21            MR. MATASAR:  Same objection, Your Honor.

22            THE COURT:  Sustained.

23            MR. PAPAGNI:  So Chad Rott at that point, he

24   goes ahead and he fights this fire.  The fire is fought.

25   After the fire is out, a couple days later, Steve

1   Hammond goes up and he tells his neighbor, Bill Otley,

2   you know, I was starting some fire up there.  Bill, I

3   can't remember the location.  It just happened to get

4   through the fence line and burned about 20 acres.

5        And Bill Otley says that's okay.  It's nothing

6   big.  Thank you for telling me.

7        That's pretty much the end of the 2005 fire.

8   But then comes 2006.  And in 2006, Steve Hammond goes

9   and tells the sheriff of Harney County, he wants to know

10  if he can prosecute BLM firefighters if they trespass --

11       MR. BLACKMAN:  Objection.

12       MR. PAPAGNI:  He wants to know if he can

13  prosecute them, and --

14       THE COURT:  Overruled.

15       MR. PAPAGNI:  -- the sheriff goes ahead and has

16  a conversation about that.

17       Now, the sheriff of Harney County has known

18  Mr. Dwight Hammond since 1967.  The sheriff Dave Glerup.

19  So after Steve Hammond talks to them, he then calls up

20  Karla Bird.  And he wants to know how soon the allotment

21  will be burned in the area.  And she says, well, you

22  know, I don't know.  And he says, well, that's not soon

23  enough.

24       And then we anticipate the testimony will be is

25  that after that on August 17th, Steve Hammond is doing a

1    fencing project with his new ranch con, this one's name

2    is Joe Glascock.  It's August 17th.  And while they're

3    doing the fencing, Mr. Glascock hears Mr. Hammond say,

4    well, you know -- Mr. Glascock by the way was commenting

5    on how good the land looks because it was burned --

6    says, you know, my dad and I been setting fires for

7    years.  You know, and we just kind of drop matches in a

8    straight line here.  And don't be surprised at the next

9    lightning storm if there's fire here at Bridge Creek.

10          Mr. Glascock hears that on the 17th of August.

11   On the 21st of August, he reports it to the law

12   enforcement officer, George Orr, says this is what I was

13   told.

14          On the 21st of August, there is a lightning

15   storm.  And it's a doozy.  There's lightning all over

16   the place.  You'll see a map with an expert named Holle

17   who's going to testify how we have sensors that can tell

18   you pretty close to where these lightning bolts hit and

19   the damage they did.  And he's going to talk about how

20   that lightning was from about 3 o'clock, 3:20 on the

21   21st all the way until about, oh, 6:20, 6:30 on the

22   21st.  Okay.  And there is a fire in the Lower Bridge

23   Creek area.

24          Joe Glascock is sent out there from Burns.  He

25   comes out there, he sees the Hammond pickup and horse

1    trailer.  He gets out to the side.  And he gets in his

2    four-wheeler, and he goes around the entire burn site.

3    You can see -- this is Exhibit 32, gentlemen.  Goes

4    around the entire burn site.  And by 10:30, he sees that

5    the entire fire was caused -- see the lightning strikes

6    here, 8/21 at 6:10:41 p.m., peak, a negative 16.9.

7         So he goes around here, sees a little burning

8    on the inside, but the perimeter is completely out.  And

9    he bumps into Dwight Hammond about 10:30.  And tells

10   him, you know, that's how many acres, I don't know, 20

11   whatever thousand, whatever acres, and Dwight Hammond's

12   comment to Joe Glascock at that moment is, well, too bad

13   it wasn't bigger.

14        Joe Glascock then leaves the area because there

15   is another fire burning, another lightning on Mormon

16   Place, I think the testimony will be, I anticipate.  But

17   as he leaves, then he hears something.  Couple of things

18   happen.

19        First, an air attack guy who is overhead, his

20   name is Lambert, and we anticipate that Lambert is going

21   to testify that he was noticing there was something

22   going on that was suspicious to him.

23        Now, an air attack pilot is the guy that's up

24   in the airplane.  And they're looking at the fire from

25   the sky.  And they are trying to do suppression

1    techniques.  And he notices about this location -- now,

2    keep in mind that they are flying, longitude and

3    latitude are -- there's going to be some room for error.

4    But at 12:15 he notices in that location a fire, which

5    is outside the perimeter Joe Glascock said it was at.

6            And about the same time, we have a gal who was

7    working up on the wildlife refuge, her and her husband,

8    they are volunteers, and they're at the gauging station,

9    and they see a tall man come out of the smoke.  He looks

10   pretty exhausted.  He's walking toward the direction of

11   the Hammond pickup and horse trailer.  And they're

12   there.  And she hollers out to him, you okay?  Do you

13   need a ride?  The man turns around and walks back into

14   the smoke.

15           Joe Glascock comes back -- he's sent back here,

16   he comes back here, and he goes down the road, and he

17   talks to Steven Hammond's kids for a second, and then he

18   gets to Steven Hammond.  Steven Hammond he meets at

19   about 1 o'clock.  And as he's coming over the -- coming

20   toward the area, he's seeing these fire columns outside

21   his perimeter that he thought was out on the other side

22   of Bridge Creek.  Little gully.  Outside of that.  He

23   also sees it to the west.

24           And as he sees Steve Hammond, Steve Hammond's

25   walking along or driving or on horseback, excuse me,

 1   he's taking Dwight's horse and Dwight is afoot.  And at

 2   that point, Joe starts talking to Steve.  And Steve

 3   says, wow, that fire really took off.  And as he says

 4   that, Mr. Glascock's looking over Steve's shoulder, and

 5   sees these columns of smoke and fire start to take off.

 6           So Mr. Glascock then goes ahead and he's now

 7   moving around trying to get ahead of the fire so he can

 8   report where it's at.  And we anticipate he'll testify

 9   to you all about it.  That's Mr. Glascock up on the

10   screen.  I think he has a beard now.

11           The next thing that occurs is after that fire

12   is going, that fire takes off.  And you can see from the

13   map, the big map, which he got here was an entire area,

14   this is a satellite imagery area.  Now, keep in mind

15   this will be -- kind of broke it down into colors for

16   you, separate the maps -- the fires, excuse me.  And

17   what you got in this area here, you can see the little

18   outline Mr. Glascock drove before the fires took off,

19   Mr. Steve Hammond said, we anticipate the testimony will

20   be, the fire starts going.

21           Resources are allocated down there.  It's a bad

22   fire season.  Resources are allocated there.  And

23   Mr. Glascock was sent to Antelope Creek.  Now, he does

24   some communication with firefighters, bringing people

25   in.  Also got Lance Okeson who comes into it.  At any

1    rate, they end up going up through what's called
2    Antelope Reservoir about 7 o'clock that night.
3              And they start doing what's called black line
4    along Bridge Creek.  And they do that because -- this
5    dark area that you can see on your monitors, that's the
6    2005 fire that burned away the fuel.  And by burning
7    away that fuel, that's a safe zone because a forest fire
8    has to have heat, air, and fuel.  So Mr. Okeson, who's
9    calling the shots, he's the line safety officer, he's
10   putting this black line, in other words, he's going to
11   burn the fuel up in front of this if he can so that if
12   the fire gets as far to the juniper belt, it'll stop the
13   fire.  That's the tactic.  Mr. Lance Okeson will talk a
14   lot about that.
15             So Joe Glascock and Lance Okeson are up at
16   Antelope Reservoir.  It's about 7 o'clock at night.  And
17   they see a Super Cup go overhead.  And they look up and
18   they see Mr. Dwight Hammond and Steve Hammond, and Steve
19   Hammond is recognized only by Joe Glascock.  Lance
20   Okeson can't say he saw both men.  He knew Dwight, Lance
21   Okeson did.  They see that plane go overhead and then it
22   heads back, circles -- you know, it goes back.  So the
23   two men are out doing a black line until around 10:00,
24   10:30 at night.  Meanwhile, we changed locations.
25   Remember I said there is four fires?  And I told you

1    it'd take a while.  This is fire number three.

2           Lance Okeson was asking for some help from

3    engines.  He wanted some folks to come and try to help

4    him.  And so there were some young firefighters on three

5    engines.  And they were trying to get where Okeson was,

6    but they didn't do a very good job.  It was late at

7    night.  So as they were driving back by Moon Hill Road,

8    as they are going back up the road, one of the captains

9    was a young man named Hussey, he blows a tire at the

10   back end of a dual -- a second tire in the back.  And

11   he's got to change it.  So while he's changing it, the

12   other young man who's a guy named Dunten -- do we have

13   his photo?  There it is.  That's Mr. Dunten.  And he

14   goes out here, drives out here, and he goes to the ridge

15   there, and he looks over the ridge to see what the fire

16   is doing.

17          Now, when he first goes out there, he sees it's

18   kind of skunking down and it's not timed.  The RH's are

19   high.  It's just kind of smoldering, it's doing nothing.

20   And he's not too concerned about it.  Again, there was a

21   fire in the Krumbo area, so more than likely lightning

22   strikes started the fire, but it was doing nothing.  So

23   he goes back and about an hour later, he comes back to

24   check on it again.  Still can't move.  And when he comes

25   back this time to the ridge, he notices something.  He

1    notices that this fire is still skunking around here, as

2    the term is used.  In other words, it's doing nothing

3    but smoldering, but there is three spot fires in a line

4    right below the ridge.  And he's looking down at it.

5            And nowadays, we don't always take cameras but

6    we have cell phones and he takes a cell phone picture,

7    because he can't figure it out.  He's been trained to

8    fire fight but the wind is going the wrong way.  It's

9    not right.  It bothers him.

10           Now, this butte's in the way here, so he can't

11   see beyond that butte.  And you'll see photos.  We have

12   a bunch of them.  And he looks down, and it bothers him,

13   so he goes back to Mr. Hussey and he tells Mr. Hussey,

14   he'll testify to this, he says someone's lighting down

15   below us.

16           Mr. Hussey, next morning when Lance Okeson

17   comes, he gets more slash fuel for their backfire, is

18   told that someone is lighting them below them.  He looks

19   at the photo on the cell phone.  He goes to the ridge.

20   He's upset.  Mr. Okeson then leaves and goes back to do

21   his work on Bridge Creek Road.

22           We're going to hold that up for just a second

23   because I have to jump ahead in my testimony.  What

24   happens is after the fires were out, fire cause

25   investigator comes back out to the scene in September,

1    August or September time, that's September 3rd, I think.

2    Anyway, he comes back out here and he starts taking

3    these photographs and does his analysis and the only

4    place he can say there was an incendiary fire was right

5    here which says area of origin and J Bird, which is on

6    Hammond property.  That's the only area.

7            He did not say there were three fires up here

8    that Mr. Dunten saw.  And Mr. Dunten did not keep his

9    photograph on his cell phone so there's no photo for you

10   to look at.  But he did do a diagram.  And he will

11   testify and he is a witness.

12           So the expert says that's where the fire was

13   at.  Now, we anticipate there might be a defense saying

14   that Mr. Hammond was up there and we'll talk to you

15   about that defense in a few moments after we talk about

16   Mr. Lance Okeson.  What happens is this fire that

17   Mr. Dunten was talking about, he saw it, it was about 10

18   o'clock at night.  And Mr. Glascock, when he was out

19   here at Lower Bridge Creek, that was in the morning.

20   Well, now we're talking about August 23rd, the morning

21   of August 23rd.

22           And up in the air is an air attack pilot named

23   Joe Bates.  And he's been doing this for years and years

24   and years.  He'll tell you all about that.  And he's up

25   there and he's calling retardant drop, and he's looking

Opening Statement by Mr. Papagni                    34

1    at this fire from yesterday.  And he's looking at where

2    the fire line is at.  You see it right along through

3    here (indicating).  And he will testify that at about

4    10 o'clock in the morning that fire that he was in

5    charge of trying to drop retardant on, this is the line.

6    And as he's flying up this line, he looks off to the

7    east about two, three miles at a little bridge -- Big

8    Bridge Creek, creek area, he sees fire starts, two,

9    three miles away.

10            And he tells his pilot, you know, let's go over

11   there.  We anticipate he'll testify that in all the

12   years and experience he's never seen that.  That's the

13   first time.

14            So as he's heading over there, what we know is

15   Lance Okeson and Joe Glascock, they didn't get very far

16   with their black line.  They got back down to a 2000 --

17   where there is a juniper cut.  So from a 2005 fire to

18   where the juniper cut, they burned a black line.  They

19   had a little bit of slop-over but they made sure that

20   was out.  They made extra sure that was out because

21   they're asking for an engine to come help them.  And the

22   engine was being driven by Chad Rott.  And Lisa Megargee

23   was in it.  That's Chad.  And that's Lisa.

24            So they are coming down Bridge Creek Road.  And

25   as they are coming down Bridge Creek Road, they are told

1    they're looking for slop-over, which means any fire that

2    was on the east side of the road not the west where the

3    black line is, and their job is to make sure it is out,

4    and it is, according to them.

5           And as they are going down the road, they are

6    also told there is a juniper across the road, a juniper

7    tree.  Apparently the night before a juniper had fallen

8    down after the back burn, so it was across the road.

9    And they were going to cut that out so they'd have a

10   good -- you know, that road would be clear.  It had been

11   freshly bladed.  Be clear so they could go ahead and

12   have an escape route if they needed it.

13          So while Chad Rott and Lisa were there, Chad

14   parked his engine, he gets out, gets out his chainsaw.

15   And as he's doing that, we anticipate the testimony will

16   be, is that a blue pickup came up behind him.  And he

17   look backed at it, and the driver of the blue pickup was

18   Steven Hammond.  And he remembers Steven Hammond from

19   the year before.  No doubt.  And Steven Hammond gets out

20   of the pickup.  And he had a passenger, an older man.

21   Chad didn't initially know who he was, will be the

22   testimony.

23          And Steven Hammond comes up and asks Chad how

24   long it's going to take?  And Chad says as long as it

25   takes me to cut it up into the chainsaw.  Steven Hammond

1    then goes back to his pickup.  Doesn't offer to help.

2    That's okay.  And goes ahead, backs his pickup about a

3    100 yards and then guns it, and goes up the side of the

4    hill there that's already been burned, back burned,

5    bouncing over rock and whatever.  You'll see the photos.

6    And gets around them.  And then takes off down the road.

7            Chad finishes cutting up the tree.  And as he's

8    finishing cutting up the tree, Chad radios ahead to

9    Lance Okeson and says Steve Hammond is coming your way.

10   Then Chad and Lisa start driving down Bridge Creek Road.

11           As they start to drive down Bridge Creek Road,

12   they see fire.  And they see it only on the east side of

13   the road.  Only on the left.  A short distance.  And the

14   first fire is too big for them to put out.  And it

15   doesn't make any sense.  It was a black line.

16           And they keep driving.  And as they're driving,

17   they only see more of these fires on the east side.

18   Chad gets a little panicky.  He tells Lance, Lance

19   Okeson.  Tells him, says come on down and put out the

20   test area.  About the time these phone calls are going

21   on, the chronology will become important as the case

22   goes through it, Steve Hammond pulls up to Lance

23   Okeson's location and Joe Glascock, test fire, which is

24   the very bottom where the burn was in 2005, but he's by

25   himself.  Dwight is not there.  Not in the pickup.

1          Later, Chad Rott looks at some photos and picks

2   out the passenger to be Dwight Hammond.  But when Steve

3   pulls up in his blue pickup, which has got these Les

4   Schwab TXR tires, they looked pretty new, Joe Glascock

5   notices that, he'll testify about that.  What happens is

6   is Joe Glascock, we anticipate, does the Harney County

7   howdy-do, good morning, how you doing, Steve?

8          And the fire here is still two, three miles to

9   the west.  But Lance Okeson doesn't do that.  Lance

10  comes up, sticks his head in, and says, what are you

11  doing lighting underneath those guys last night -- below

12  my guys last night, referring to Krumbo.

13         Steve Hammond says, you know, I was just taking

14  care of my -- backfiring and taking my winter feed.

15  Lance gets angry, says don't you be doing that.  You

16  give us a call.  You gotta be telling us before you be

17  doing that.  Steve Hammond says, well, maybe you guys

18  better clear out.  And Lance Okeson says, not likely.

19  We're not going to.  We got a job to do.  Steve Hammond

20  says, I gotta go open some gates, and off he drives.

21         There was no mention, Lance Okeson will

22  testify, that Dwight Hammond was doing anything.  There

23  was no mention even that Dwight Hammond was there.

24  There was no suggestion at that point that Steve Hammond

25  had someone else out there.  But what happens is, is

Opening Statement by Mr. Papagni                    38

1    Lance Okeson tells Joe, you know, go ahead and go back

2    up Bridge Creek and tell the fence contractors to

3    evacuate.  Because all of a sudden there is fire on the

4    wrong side of the road.  And Lance can't figure that

5    out.  And he's an experienced firefighter.  Where is

6    Lance?

7             So what he does is he gets on his ATV, his

8    four-wheeler, and he goes to a high spot on the road, we

9    anticipate the testimony will be.  And when he gets to

10   the high spot on the road, he looks out in the distance,

11   and you can see for miles.  Good vantage point.  And

12   he's thinking he's seeing these fires all on the type --

13   it's to the right, it's two, three miles from the main

14   fire.  And there is no lightning.  Now, the winds are

15   coming up.  They are going to be a bad wind about 1

16   o'clock, but this is still 10:00, 10:30 in the morning.

17   The winds are picking up.

18            And he's looking and he's looking and all of a

19   sudden he sees movement to his right.  And then he sees

20   some puffy white smoke coming up.  A recently set fire

21   is what he'll testify to based upon his experience.  And

22   who does he see?  Dwight Hammond walking away from a

23   recently set fire.  He sees him.

24            And because, as I told you earlier, we

25   anticipate Lance Okeson will tell you, testify, that

1   he's a Burns boy, and he has seen Dwight Hammond, he

2   knew who Dwight Hammond was.  He sees Dwight Hammond

3   walking away from that puffing Charlie Brown juniper

4   tree, it's on the grass going up, and it's starting to

5   burn black, he yelled out, Dwight, Dwight, stop.  That's

6   going to be the testimony from Lance Okeson.

7          And at that point, Dwight Hammond is just going

8   across the road.  And Dwight Hammond does not stop.  He

9   goes across.  He's heading toward the west, toward

10  Hammond property.  Lance guns his four-wheeler, gets

11  down to the spot, gets off his ATV and begins to pursue.

12         And kind of a funny moment, he gets off his

13  ATV, takes about four steps after Dwight and he tumbles

14  because it's rocky territory, and he fouls up his ankle

15  a little bit.  He gets up and he still goes after

16  Dwight.  And we anticipate the testimony will be that he

17  catches up with Dwight somewhere right in this area

18  (indicating).

19         And when he catches up with him, he says,

20  Dwight, I know it's you, and that's when he stops behind

21  a juniper.

22         Now, at this point we anticipate the testimony

23  will be that Lance Okeson is trying to get a law

24  enforcement -- trying to get assistance, trying to go

25  ahead and get someone out there to help him.  Because

1    he's a firefighter.  He's not a cop.  But he confronts

2    Dwight Hammond, and he says, you know, don't be doing

3    this, you are lighting us in.  What about the kids?

4    Don't you care -- he just -- and you'll hear it, it

5    won't be from me, you'll hear it from Lance Okeson.

6          And when Dwight Hammond is talking to him, he's

7    got something in his hand, and he turns around, and he

8    does something like that, according to Lance Okeson's

9    testimony, and then all of a sudden Lance asks for Joe

10   Glascock.  And Joe Glascock comes up.  And Joe follows

11   this squelch.  And comes to where Lance Okeson and

12   Dwight Hammond are looking at each other.  And Joe goes

13   ahead and says how is it going, Dwight?  And Dwight

14   says, not so good.  That will be the testimony.

15         At that point Lance is trying to get a law

16   enforcement officer, but out in that country it's hard.

17   And the air attack pilot now is hearing it, and he's

18   trying to get a law enforcement officer.  In fact, a guy

19   named George Orr is trying to get there.

20         As he's trying to get a law enforcement

21   officer, Lance Okeson will testify -- this part I'll

22   tell you -- will testify that as Lance is trying to get

23   the law enforcement officer, Dwight says, you don't need

24   to be doing that.  You're going to get a lot of people

25   excited.  Why don't you guys come on down to the ranch

 1    tonight?

 2          Okeson is having none of it.  No.  Okeson

 3    doesn't know what to do with him.  So he says to Mr.

 4    Dwight Hammond, the defendant, I don't know what to do

 5    with you.  I guess I'm going to have to let you go.  And

 6    they leave and they walk back towards the ATV.  And as

 7    he walks back towards the ATV, something happens.

 8          The area where they left Dwight Hammond there

 9    is a fire and it starts to go up 10, 12 feet.  And the

10    air attack pilot says there is a fire behind you and a

11    fire in front of you.  And the air attack pilot,

12    Mr. Bates, will say, get out of there.  You are

13    surrounded by fire.

14          Okeson, we anticipate the testimony will be,

15    gets a little hot headed, and takes basketball sized

16    boulders and he marks this area where there's a boot

17    print where he saw Mr. Dwight Hammond go across the

18    road.  And when he gets that marked, he gets back on his

19    ATV, and he leaves where Joe Glascock goes the opposite

20    direction trying to find Mr. Dwight Hammond,

21    unsuccessfully.

22          Joe Glascock then comes back.  They go back up

23    the road.  You are going to hear a lot about how the

24    firefighting suppression stuff took place.  But the

25    bottom line at that point is Lance Okeson gives his

 1   report.

 2           That should be probably the end of it except

 3   the next -- the fire burns over, Sheriff Glerup shows up

 4   and they do a helicopter back to the area where Lance

 5   Okeson saw Mr. Hammond cross the road.  And they take a

 6   photograph of that boot print on the ground surrounded

 7   by the basketball sized rocks, and they leave.

 8           When they come back the next day, that

 9   basketball rocks had been kind of moved to the side and

10   there was no boot print left.  It's been brushed away.

11   And there is tire marks on the ground.  And they look

12   like TRX tire marks.  And you'll see the photographs.

13           And later we go ahead and take photographs of

14   the blue pickup that smells like smoke.  And we also do

15   a search warrant for the ranch, but we don't find any

16   boots that smell like smoke.  No boots at all that smell

17   like smoke, according to Sheriff Glerup.

18           So the next day, Joe Glascock who's been

19   calling Steven Hammond asking about his dad, calls Steve

20   Hammond in the morning saying how's Dwight?  What's

21   going on?  After all, Joe Glascock is the range con.

22   Steven Hammond answers him.  Why don't you come -- you

23   know, I'll bring you some cookies and waters or words to

24   that effect.  Joe says no.  So let's meet at the

25   Frenchglen Hotel.

 1          So they go down and meet at the Frenchglen

 2   Hotel, but there is also the sheriff and the LEO, law

 3   enforcement officer for the BLM, were out at Frenchglen

 4   also.  As they get down to the Frenchglen Hotel, Joe

 5   goes inside and talks to Steve Hammond.  I'm not going

 6   to go through the whole conversation because I've

 7   already talked about 45 minutes, almost 50.  But we

 8   anticipate the words that Mr. Joe Glascock will testify

 9   to was that Steve Hammond told him this could get ugly

10   and this could be a sticky situation.  You know,

11   management cycles through here all the time.  And I know

12   you want to be part of this community.  If you want to

13   stay here, you'll make this go away.  If I go down, I'm

14   taking you with me.  You lighted those fires, not me.

15          Mr. Glascock reports that.  And then what

16   happens after that is that we bring in a bunch of fire

17   cause investigators, and they look at their ignitions,

18   and you're going to hear all about how they go out there

19   and find where these fires are.  It's like Gary White,

20   Carrie Bilbao, and John Bird.  There is actually more,

21   but we're only going to be calling three.  We could call

22   more.  And they're going to talk about how these were

23   incendiary set and how they stand in ground coordinates.

24          And there were trail fires, they call some of

25   them -- Lance Okeson did a little follow the path of

Opening Statement by Mr. Papagni                    44

1    some boot prints, you know, and that's really what they

2    are going to be talking about.  But we'll have those

3    experts talking about the loss damages in this case.

4    And that will be the experts.

5             But something else happens.  Something else

6    happens.  While we're investigating this 2006 fire after

7    Lance Okeson gave his statement, Mr. Shrader decides to

8    go talk to somebody up in Richland, Washington.  And we

9    anticipate the testimony will be is that Mr. Shrader

10   went up to Richland, Washington, to talk to a person

11   named Dusty Hammond, the grandson of Dwight, the nephew

12   of Steven.  13-year-old boy back in 2001.  Remember

13   Mr. Choate?  The case that went nowhere?

14            Dusty was living on the ranch.  His parents

15   were going through a divorce.  He had a sister named

16   Jacquie.  Jacquie Hammond McDonald is her name.  Jacquie

17   went back with her mom.  Dusty stayed out there.  When

18   he was 13 years old, about September 30th, he was going

19   to go hunting that morning with his grandfather and his

20   dad, Rusty Hammond, also with his cousin, Jacon Taylor,

21   not a close cousin but apparently the relative of Steve

22   Hammond's wife.

23            So Dusty got up that morning.  And he will

24   testify that he heard his grandfather and his uncle

25   talking about how when there's hunters on the mountain,

1   we light up the mountain, we burn it.

2           They don't like hunters on the mountain.  Dusty

3   will testify to that.  Dusty that particular morning

4   that his grandfather got up in his Super Cub and flew

5   over the area and came back and reported to the people

6   at the breakfast table, pretty much to the effect that

7   there is hunters on the mountain, but there is also a

8   group of deer near the waterhole.  So they all after

9   breakfast went ahead and they got into various vehicles,

10  including Susan Hammond driving a Lincoln, and they

11  drove down to the Hammond cabin on the property on the

12  Steens Loop Mountain Road.

13          And once there, and Dusty had been there

14  before, once there, they got their guns, got into

15  grandpa's pickup, Mr. Dwight Hammond's pickup, and went

16  down and went to a place called the Old Gravel Pit or

17  near it.  And once they got there, they got out.  And he

18  will testify that his uncle Steven was wearing a white

19  straw cowboy, and that his father was wearing kind of a

20  baseball golf hat.  And that he was wearing kind of like

21  an Elmer Fudd hat with the ear things.  And he couldn't

22  remember what Jacon was wearing.  But they went ahead

23  and they started hunting four abreast going up Mudd

24  Creek, excuse me, Fence Creek toward Big Fir, and they

25  walked across this land.

1          Jacon's stomach was pretty upset that morning.

2     And they were making a joke about him.  But they finally

3     got to where they were supposed to meet up with Dwight

4     Hammond at Rock Jack Gate.  Well, when they got there,

5     his grandfather was not there.  And Dusty Hammond,

6     13-year-old boy, was real thirsty.  He needed some

7     bottled water.  He said that kind of bothered him, but

8     his grandfather wasn't there, so they kept hunting four

9     abreast along the fence line here.  Jacon to his left.

10    He was the next person.  The dad, Rusty or Russell, was

11    ahead and Steven was in the lead.

12          And that when they went over a ridge, Steven

13    was the first over the ridge and he heard shots.  Then

14    Russell, his father, went over the ridge.  And Dusty

15    thinks he heard more shots, not sure.  He gets over the

16    ridge, he's looking through his scope and he doesn't see

17    anything.  And then he remembers all four of them were

18    over on top of the ridge.

19          He was told by his father you should have been

20    shooting but you weren't.  And the father, Rusty, then

21    goes and joins up with Steve.  And after a while,

22    Russell Hammond comes back.  And the two of them then

23    walk along the fence line across public land to a place

24    called Rock Crib.  It's not really a place.  Rock Crib

25    is nothing more than a bunch of rocks put together where

 1    fences come into it.

 2          But then along the tributary of Mud Creek, and

 3    that's where he's at, and that's where he stands with

 4    his father until his uncle arrives, Dwight Hammond pulls

 5    up in a pickup, and Dusty goes to the pickup because

 6    he's thirsty.  And he gets his bottle of water.  And his

 7    father calls him over to where Steven and Dwight are

 8    standing.  And Dwight starts handing out boxes of

 9    matches, matches, strike anywhere matches.  And gives

10    Dusty, this 13-year-old boy, matches and he says we're

11    going to light up the whole country.

12          And he's told then to go ahead and walk along

13    the fence line, the BLM property here, right along the

14    fence line, in the Mudd Creek area and to drop the

15    matches.  And he does that.  Not very good at it.  Not

16    many fires start.  But he looks back at his father,

17    Russell, who's doing a pretty good job lighting

18    cheatgrass.  And after a while, they get a good fire

19    going, he loses sight of his father.  And all of a

20    sudden, the fire is all around him because it's coming

21    from this direction, too, from this -- coming from the

22    west towards him in the east.  So he kind of wanders

23    down to Mud Creek a little ways.  And he tries to get on

24    a piece of rock and the fire burns by him.

25          And then he makes a turn and he starts

1    following the fence line of an old cattle trail back to

2    where they are supposed to meet up, because his uncle

3    told him go in that direction until you get to the

4    cattle guard.

5          Well, Dusty was the last one there.  And it

6    took him about an hour to get there.  And as he's

7    walking up Steens Mountain Loop Road, up comes his

8    grandfather in the pickup, picks him up, they go back to

9    the Hammond cabin.  And he and the rest of the people,

10   except for Steven Hammond, leave.  And they go back to

11   the ranch where he has himself his lunch.  He remembers

12   that, 13-year-old boy he remembers his lunch.  It was

13   lunchtime when they got back to the ranch.

14         What time -- about the same time the Nelsons

15   got back to their ridge.  The fire has been burning.  At

16   12 noon, Steve Hammond calls the BIC, Burns Interagency

17   Communications Center, and he asks if it's okay -- is

18   there a reason why a person can't be doing a controlled

19   burn?  And the little gal there, summer help, she

20   says -- her name is Tammi Renfro.  We anticipate her

21   testimony will be that, no, in fact, we've got a

22   controlled burn going on at V Lake now and they kind of

23   laughed about it.  So he makes the call about a

24   controlled burn two hours after the fire has been

25   burning on his property and going onto BLM property.

 1    Same fire Gordon Choate said that caused him and his

 2    crew to leave.  Dusty will be the witness.

 3              Now, I've been talking longer than I told the

 4    court I would.  But what our case boils down to, there's

 5    going to be a lot of expert testimony, and we anticipate

 6    the defense is going to put on experts that will say

 7    they were moving cattle, that they were just justified

 8    in doing this, and that's all good, and that's their

 9    job.  Just as I'm trying to do mine.  But this case for

10    the government after you are here for a week or two or

11    however long it takes, will you go through them, please,

12    what it really boils down to, whether you are convinced

13    beyond a reasonable doubt by the testimony of Gordon

14    Choate, excuse me, the witnesses, Mr. Choate, please.

15              Now, Mr. Choate; and Dusty and Dusty Hammond;

16    testimony of Joe Glascock; Mr. Dunten, the young man on

17    the ridge; Mr. Chad Rott, the young man driving the

18    engine; Lisa Megargee, she doesn't have a lot to offer

19    but she's going to testify; and Lance Okeson.  The one

20    person you don't see is Dusty Hammond.  He should

21    testify today or tomorrow, probably tomorrow given the

22    time.

23              We anticipate that this case when we're done --

24    you cut it down and you go through the shank, the

25    muscle, and you get to the bone, what you're going to

Opening Statement by Mr. Papagni                    50

1    find and what this case is about, you will weigh those

2    four witnesses, people who saw what they saw, heard what

3    they heard, and testify in front of you folks here

4    today.

5            I've taken a long time.  I thank you for your

6    patience.  I know it's a complicated case.

7            THE COURT:  Thank you.  We'll take a ten-minute

8    break.

9            (Recess:  1:46 p.m.)

10           (Further proceedings were had by Reporter

11   Amanda LeGore, and are bound under separate cover.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         CERTIFICATE

2          I, Deborah Wilhelm, Certified Shorthand Reporter

3    for the State of Oregon, do hereby certify that I was

4    present at and reported in machine shorthand the oral

5    proceedings had in the above-entitled matter.  I hereby

6    certify that the foregoing is a true and correct

7    transcript, to the best of my skill and ability, dated

8    this 12th day of June, 2012.

9

10

11
                              /s/ Deborah Wilhelm
12                            _____
                              Deborah Wilhelm, RPR
13                            Certified Shorthand Reporter
                              Certificate No. 00-0363
14

15

16

17

18

19

20

21

22

23

24

25