# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

United States of America,

                      **Plaintiff,**

        v.                              Case No. 6:10-cr-60066-HO

Steven Dwight Hammond and
Dwight Lincoln Hammond, Jr.,

                      **Defendants.**

# JURY NOTES

#1
7:12 pm

Can we have testimony transcripts?

We cannot provide transcripts of the testimony — please rely on your collective recollection.    Judge Hogan
7:13 pm
6/21/12

Please do not destroy this note.

#2
9:04 pm

Counts 1, 7, 8 we cannot come to a unanimous decision. These counts are tied together. We have discussed this for the last several Hours And can't agree.