# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**United States of America,**

                Plaintiff,                CLERK'S LIST OF WITNESSES AND EXHIBITS

        v.                            Case No. 6:10-cr-60066-HO

**Steven Dwight Hammond** and
**Dwight Lincoln Hammond, Jr,**

                Defendants.

---

Judge: Michael R. Hogan                 Dates: June 12, 2012 - June 21, 2012

Counsel for Government: Frank Papagni and AnneMarie Sgarlata

Counsel for Defendants: Marc Blackman, Lawrence Matasar and W. Alan Schroeder

Courtroom Deputy: J. Wright

| EXH # | Plf | Dft | Ct. Act | EXHIBIT DESCRIPTION | WITNESSES |
|---|---|---|---|---|---|
| 1 | X | | Rec | **Map - National Agricultural Imaging Photography (NAIP) - 2001 Hardie-Hammond Fire Observations** | **Dusty Hammond 6/13/12 Stacey Fenton 6/14/12 Jacon Taylor 6/20/12** |

| 2 | X | | Rec | **Map - Shaded Relief - 2001 Hardie-Hammond Fire Observations** | **David Ward, 6/13/12**<br>**Rod Spannaus 6/13/2012**<br>**David Toney 6/14/12**<br>**Stacey Fenton 6/14/12** |
|---|---|---|---|---|---|
| 3 | X | | Rec | **Map - NAIP - 2001 Hardie-Hammond Fire** | **Stacey Fenton 6/14/12** |
| 4 | X | | Rec | **Map - Shaded Relief - 2001 Hardie-Hammond Fire** | **Stacey Fenton 6/14/12** |
| 5 | X | | Rec | **1999 Dyer Warning Letter (Bates 01.00019)** | **Thomas Dyer 6/12/12** |
| 6 | X | | Rec | **Photo - Hunting Camp (Bates 01088)** | **Dennis Nelson 6/13/12** |
| 7 | X | | Rec | **Photo - Hunting Area (Bates 01088)** | **Dennis Nelson 6/13/12** |
| 8 | X | | Rec | **Photo - Dusty and Dennis Nelson w/deer (Bates 01089)** | **Dennis Nelson 6/13/12** |
| 9 | X | | Rec | **Photo - Dusty Nelson and Choate w/deer (Bates 01090)** | **Dennis Nelson 6/13/12** |
| 10 | X | | Rec | **Photo - Dusty Nelson w/deer (Bates 01091)** | **Dennis Nelson 6/13/12** |
| 11 | X | | Rec | **Photo - Hardie-Hammond Fire (Bates 01.00241)** | |
| 12 | X | | Rec | **Photo - Hardie-Hammond Fire (Bates 01.00242)** | |
| 13 | X | | Rec | **Photo - Hardie Hammond Fire (Bates 01.00243)** | |
| 14 | X | | Rec | **Photo - Hardie Hammond Fire (Bates 01.00244)** | |
| 15 | X | | Rec | **Choate Map (Bates 01.00037)** | |
| 16 | X | | Rec<br>DEM<br>ONLY | **Google Earth Video - Choate** | |
| 17 | X | | Rec | **Audio recording - Steve Hammond call @ 12:00:12 on 9/30/01 (Bates 01.00232)** | **Tammi Renfro 6/13/12** |
| 18 | X | | Rec | **Transcript of Exhibit 17 (Bates 01.00038-42)** | **Tammi Renfro 6/13/12**<br>**David Ward 6/13/12** |
| 19 | X | | Rec | **Audio recording - Gordon Choate call at 17:57:15 on 9/30/01(Bates 01.00232)** | **Tammi Renfro 6/13/12** |
| 20 | X | | Rec | **Transcript of Exhibit 19 (Bates 01.00038-42)** | **Tammi Renfro 6/13/12** |

| 21 | X | | Rec | **2001 Hunting Tag Documents** | **Rod Spannaus 6/13/12** |
|---|---|---|---|---|---|
| 22 | X | | Rec | **Internet Image - Box of Strike Anywhere Matches** | **Dusty Hammond 6/13/12** |
| 23 | X | | Rec | **Internet Image - Strike Anywhere Matches** | **Dusty Hammond 6/13/12** |
| 24 | X | | Rec | **Map - Hardie Hammond Trespass Fire (Bates 01.00018)** | **David Ward 6/13/12** |
| 25 | X | | Rec | **Hardie-Hammond Damages/Depredation Cost Summary (Bates 01.00249)** | |
| 26 | X | | Rec | **Karla Bird's 2003 March Calendar (Bates 06.G04387)** | **Karla Bird 6/13/12** |
| 27 | X | | Rec | **9/27 01 - 10/1/01 - Vaisala Lightning Strike Report (Bates 01.00236)** | |
| 28 | X | | Rec | **Media Burn Ban Notice (Bates 06.G00849-851)** | **Chris Alan Briels 6/14/12** |
| 29 | X | | Rec | **Map #1 - NAIP - August 21, 2006 Lightning Strokes 3:19 PM to 6:12 PM** | **Stacey Fenton 6/14/12 Ronald Lee Holle 6/20/12** |
| 30 | X | | Rec | **Map #2 - NAIP - August 21, 2006 Lightning Strokes 3:19 PMto 6:12 PM - Ignitions August 22-23, 2006** | **Ronald Lee Holle 6/20/12 Jeffrey Rose 6/20/12** |
| 31 | X | | Rec | **Map - NAIP - August 22, 2006 Lower Bridge Creek Fire Observations Approximately 8:30 AM - 10:30 AM** | **Stacey Fenton 6/14/12 Alice Elshoff 6/15/12** |
| 32 | X | | Rec | **Map - Shaded Relief - August 22, 2006 Lower Bridge Creek Fire Observations Approximately 8:30 AM - 10:30 AM** | **Stacey Fenton 6/14/12 Joe Wayne Glascock 6/18/12** |
| 33 | X | | Rec | **Map - NAIP - August 22, 2006 Lower Bridge Creek Fire Observations Approximately 12:30 PM to 3:30 PM** | **Stacey Fenton 6/14/12** |
| 34 | X | | Rec | **Map - Shaded Relief -Lower Bridge Creek Fire Observations - Approximately 12:30 PM to 3:30 PM** | **Stacey Fenton 6/14/12 William Nelson Lampert 6/15/12 Joe Wayne Glascock 6/18/12** |
| 35 | X | | Rec DEM ONLY | **Google Earth Video - Glascock** | |

| 36 | X | | Rec | Photo - taken by Joe Glascock of cows near Lower Bridge Creek Fire (Bates 06.L00210) | Joe Wayne Glascock 6/18/12 |
|---|---|---|---|---|---|
| 37 | X | | Rec | Photo - taken by Joe Glascock West of Antelope Reservoir - evening of 8/22/06 (Bates 06.L00211) | Joe Wayne Glascock 6/18/12 |
| 38 | X | | Rec | Photo - taken by Joe Glascock West of Antelope Reservoir - evening of 8/22/06 (Bates 06.L00212) | Joe Wayne Glascock 6/18/12 |
| 39 | X | | Rec | Photo - taken by Joe Glascock - flagged boot prints (Bates 06.L00190) | Joe Wayne Glascock 6/18/12 |
| 40 | X | | Rec | Photo - taken by Joe Glascock post-Lower Bridge Creek Fire (Bates 06.L00179) | Joe Wayne Glascock 6/18/12 |
| 41 | X | | Rec | Photo - Boot print - taken by Joe Glascock post-Lower Bridge Creek Fire (Bates 06.L00185) | Joe Wayne Glascock 6/18/12 |
| 42 | X | | Rec | Photo - taken by Joe Glascock post-Lower Bridge Creek Fire near rock crib gate - flagged boot prints (Bates 06.L00191) | Joe Wayne Glascock 6/18/12 |
| 43 | X | | Rec | Aerial Photo - Bridge Creek Road between Grandad Ignitions 8 and 9 (Bates TRAIL FIRES AERIAL RECON PHOTOS_00030) | Lance Okeson 6/15/12 Joe Wayne Glascock 6/18/12 |
| 44 | X | | Rec | Photo - Similar type air attack plane flown by Bill Lampert and Joe Bates during Lower Bridge Creek/Grandad Fires (Bates 06.L00209) | William Nelson Lampert 6/15/12 Joseph Francis Bates 6/18/12 |
| 45 | X | | Rec | Map - NAIP - August 22, 2006 Krumbo Butte Fire | Stacey Fenton 6/14/12 Brett Dunten 6/14/12 Jeffrey Ryan Hussey 6/14/12 Joseph Francis Bates 6/18/12 John Wilford Bird 6/19/12 |
| 46 | X | | Rec | Map - Shaded Relief - August 22, 2006 Krumbo Butte Fire | Stacey Fenton 6/14/12 John Wilford Bird 6/19/12 Roy Roscoe Hogue 6/21/12 |
| 47 | X | | Rec | Handwritten diagram by Brett Dunten (Bates 03664) | Brett Dunten 6/14/12 |
| 48 | X | | Rec | Aerial Photo - Krumbo Butte post-fire (Bates 06.K00045) | John Wilford Bird 6/19/12 |
| 49 | X | | Rec | Aerial Photo - Krumbo Butte post-fire (Bates 06.K00052) | John Wilford Bird 6/19/12 |

| 50 | X |  | Rec | **Photo - Krumbo Butte Map Location P1 - John Bird (Bates 06.K00058)** | **John Wilford Bird 6/19/12** |
|----|---|--|-----|-----------------------------------|---------------------------|
| 51 | X |  | Rec | **Photo - Krumbo Butte Map Location P2 - John Bird (Bates 06.K00057)** | **John Wilford Bird 6/19/12** |
| 52 | X |  | Rec | **Photo - Krumbo Butte Map Location P3 - John Bird (Bates 06.K00053)** | **John Wilford Bird 6/19/12** |
| 53 | X |  | Rec | **Photo - Krumbo Butte Map Location P4 - John Bird (Bates 06.K00054)** | **John Wilford Bird 6/19/12** |
| 54 | X |  | Rec | **Photo - Krumbo Butte Map Location P5 - John Bird (Bates 06.K00056)** | **John Wilford Bird 6/19/12** |
| 55 | X |  | Rec | **Photo - Krumbo Butte Map Location P6 - John Bird (Bates 06.K00067)** | **John Wilford Bird 6/19/12** |
| 56 | X |  | Rec | **Photo - Krumbo Butte Map Location P7 - John Bird (Bates 06.K00068)** | **John Wilford Bird 6/19/12** |
| 57 | X |  | Rec | **Photo - Krumbo Butte Map Location P8 - John Bird (Bates 06.K00069)** | **John Wilford Bird 6/19/12** |
| 58 | X |  | Rec | **Photo - Krumbo Butte Map Location P9 - John Bird (Bates 06.K00062)** |  |
| 59 | X |  | Rec | **Map #1 - NAIP - August 22 - Morning of August 23, 2006 Lower Bridge Creek Fire Progression** | **David Toney 6/14/12 Stacey Fenton 6/14/12 Chad David Rott 6/14/12 Lance Okeson 6/15/12 Joseph Francis Bates 6/18/12** |
| 60 | X |  | Rec | **Map #1 - Shaded Relief - August 22 - Morning of August 23, 2006 Lower Bridge Creek Fire Progression** | **Stacey Fenton 6/14/12 Lance Okeson 6/15/12 Joe Wayne Glascock 6/18/12 William Otley 6/18/12 Jeffrey Rose 6/20/12 Al Steninger 6/20/12** |
| 61 | X |  | Rec | **Map #2 - NAIP - Morning of August 23, 2006 Lower Bridge Creek Fire Progression and Grandad Ignitions** | **Stacey Fenton 6/14/12 Chad David Rott 6/14/12 Lance Okeson 6/15/12 Joseph Francis Bates 6/18/12** |
| 62 | X |  | Rec | **Map #2 - Shaded Relief - Morning of August 23, 2006 Lower Bridge Creek Fire Progression and Grandad Ignitions** | **Stacey Fenton 6/14/12 Lance Okeson 6/15/12 Joe Wayne Glascock 6/18/12 Charley Martin 6/19/12** |

| 63 | X | | Rec | **Map #3 - NAIP - Evening of August 23, 2006 Lower Bridge Creek Fire and Grandad Fire Progression** | David Toney 614/12<br>Stacey Fenton 6/14/12<br>William Otley 6/18/12 |
|---|---|---|---|---|---|
| 64 | X | | Rec | **Map #3 - Shaded Relief - Evening of August 23, 2006 Lower Bridge Creek Fire and Grandad Fire Progression** | Stacey Fenton 6/14/12<br>Lance Okeson 6/15/12<br>George Paul James Orr 6/15/12<br>Joe Wayne Glascock 6/18/12<br>William Otley 6/18/12<br>Gary White 6/19/12<br>Daniel Gonzalez 6/20/12 |
| 65 | X | | Rec | **Map - NAIP - August 23, 2006 6:00 AM - 11:00 AM Grandad Fire** | Stacey Fenton 6/14/12<br>Lisa Ann Megargee 6/15/12<br>Lance Okeson 6/15/12<br>Joe Wayne Glascock 6/18/12<br>Daniel Gonzalez 6/20/12<br>Roy Roscoe Hogue 6/21/12 |
| 66 | X | | Rec | **Map - Shaded Relief - August 23, 2006 6:00 AM - 11:00 AM Grandad Fire** | Stacey Fenton 6/14/12<br>Lisa Ann Megargee 6/15/12<br>Lance Okeson 6/15/12<br>Joe Wayne Glascock 6/18/12<br>Gary White 6/19/12 |
| 67 | X | | Rec | **Map - NAIP - Grandad Fire Approximately 10:00 - 11:00 AM August 23, 2006** | Stacey Fenton 6/14/12 |
| 68 | X | | Rec | **Map - NAIP - Grandad Ignitions 2-9 and Trail Fires 1-7** | Stacey Fenton 6/14/12<br>Chad David Rott 6/14/12<br>John Wilford Bird 6/19/12<br>John Wilford Bird 6/19/12<br>Roy Roscoe Hogue 6/21/12 |
| 69 | X | | Rec | **Map - Shaded Relief - Ignitions 2-9 and Trail Fires 1-7** | Stacey Fenton 6/14/12<br>Carrie Bilbao 6/20/12 |
| 70 | X | | Rec | **Map - NAIP - 2001 Hardie-Hammond, 2006 Lower Bridge Creek, 2006 Krumbo Butte, 2006 Grandad Fires** | Stacey Fenton 6/14/12<br>Carrie Bilbao 6/20/12<br>Daniel Gonzalez 6/20/12<br>Scott Gustafson 6/20/12<br>Roy Roscoe Hogue 6/21/12 |

| 71 | X | | Rec | Map - Shaded Relief - 2001 Hardie-Hammond, 2006 Lower Bridge Creek, 2006 Krumbo Butte, 2006 Grandad Fires | Stacey Fenton 6/14/12<br>Joe Wayne Glascock 6/18/12<br>Jeffrey Rose 6/20/12<br>Daniel Gonzalez 6/20/12 |
|---|---|---|---|---|---|
| 72 | X | | Rec | Audio recording - c-505-23_08_2006_083805 (Weather briefing by Dave Toney) (Bates DISPATCH AUDIO_01 to 04) | David Toney 6/14/12 |
| 73 | X | | Rec | Transcript of Exhibit 72 | |
| 74 | X | | Rec | BIFZ Fire Information Recorded Announcement (Bates 06.G07335) | |
| 75 | X | | Rec DEM ONLY | Google Earth Video - Lance Okeson | Lance Okeson 6/15/12 |
| 76 | X | | Rec | Audio Call C1515_23_08_06_101515 (Okeson) | Lance Okeson 6/15/12 |
| 77 | X | | Rec | Transcript of Exhibit 76 | Lance Okeson 6/15/12 |
| 78 | X | | Rec | Aerial Photo (Bates TRAIL FIRES AERIAL RECON PHOTOS_00004) | |
| 79 | X | | Rec | Aerial Photo (Bates # TRAIL FIRES AERIAL RECON PHOTOS_00008) | Lance Okeson 6/15/12<br>Roy Roscoe Hogue 6/21/12 |
| 80 | X | | Rec | Aerial Photo (Bates TRAIL FIRES AERIAL RECON PHOTOS_00010) | Lance Okeson 6/15/12<br>Roy Roscoe Hogue 6/21/12 |
| 81 | X | | Rec | Aerial Photo - Trail Fires Overall (Bates TRAIL FIRES AERIAL RECON PHOTOS_00025) | John Wilford Bird 6/19/12 |
| 82 | X | | Rec | Aerial Photo (Bates TRAIL FIRES AERIAL RECON PHOTOS_00035) | Lance Okeson 6/15/12 |
| 83 | X | | Rec | Aerial Photo (Bates TRAIL FIRES AERIAL RECON PHOTOS_00053) | Lance Okeson 6/15/12 |
| 84 | X | | Rec | Aerial Photo - Trail Fires 1 thru 5 (Bates TRAIL FIRES AERIAL RECON PHOTOS_00056) | John Wilford Bird 6/19/12 |
| 85 | X | | Rec | Aerial Photo - Trail Fires 6 and 7 and Ignitions 6 and 7 (Bates TRAIL FIRES AERIAL RECON PHOTOS_00058) | John Wilford Bird 6/19/12 |
| 86 | X | | Rec | Aerial Photo - Trail Fires (Bates TRAIL FIRES AERIAL RECON PHOTOS_00059) | Lance Okeson 6/15/12<br>Joe Wayne Glascock 6/18/12 |

| 87 | X | | Rec | **Aerial Photo - Trail Fires (Bates TRAIL FIRES AERIAL RECON PHOTOS_00062)** | **Lance Okeson 6/15/12** |
|---|---|---|---|---|---|
| 88 | X | | Rec | **Aerial Photo - Trail Fires (Bates TRAIL FIRES AERIAL RECON PHOTOS_00072)** | **Lance Okeson 6/15/12** |
| 89 | X | | Rec | **Photo - Track (Bates TRAIL FIRES TRACK PHOTOS_00003)** | **John Wilford Bird 6/19/12** |
| 90 | X | | Rec | **Photo - Trail Fire Day 1 - Track (Bates TRAIL FIRES TRACK PHOTOS_00030)** | **John Wilford Bird 6/19/12** |
| 91 | X | | Rec | **Photo - Flagged track impressions between Trail Fires 5 and 6 (Bates TRAIL FIRES TRACK PHOTOS_00042)** | **John Wilford Bird 6/19/12** |
| 92 | X | | Rec | **Photo - Trail Fires 1 & 2 - General area (Bates TRAIL FIRES TRACK PHOTOS_00057)** | **John Wilford Bird 6/19/12** |
| 93 | X | | Rec | **Photo - Track between Bridge Creek Road and Trail Fire 1 (Bates TRAIL FIRES TRACK PHOTOS_00059)** | **John Wilford Bird 6/19/12** |
| 94 | X | | Rec | **Photo - Bendix King radio tag found between Bridge Creek Road and Trail Fire 1 (Bates TRAIL FIRES TRACK PHOTOS_00060)** | **George Paul James Orr 6/15/12**<br>**John Wilford Bird 6/19/12** |
| 95 | X | | Rec | **Photo - Bendix King radio tag found between Bridge Creek Road and Trail Fire 1 (Bates TRAIL FIRES TRACK PHOTOS_00063)** | **George Paul James Orr 6/15/12**<br>**John Wilford Bird 6/19/12** |
| 96 | X | | Rec | **Photo - Fuel Station in Foreground, Lower Bridge Creek Fire in rear, taken by Lance Okeson on 08/22/06 (Bates 06.G03988)** | **Lance Okeson 6/15/12** |
| 97 | X | | Rec | **Photo - Lower Bridge Creek Fire, taken by Lance Okeson on 08/22/06 (Bates 06.G03989)** | **Lance Okeson 6/15/12** |
| 98 | X | | Rec | **Photo - Lower Bridge Creek Fire on hill, taken by Lance Okeson on 08/22/06 (Bates 06.G03990)** | **Lance Okeson 6/15/12**<br>**Roy Roscoe Hogue 6/21/12** |
| 99 | X | | Rec | **Photo - Lower Bridge Creek Fire on hill, taken by Lance Okeson on 08/22/06 (Bates 06.G03991)** | **Lance Okeson 6/15/12**<br>**Roy Roscoe Hogue 6/21/12** |
| 100 | X | | Rec | **Photo - Grandad Fire, taken by Lance Okeson on 08/23/06 (Bates 06.G03999)** | **Lance Okeson 6/15/12** |
| 101 | X | | Rec | **Photo - Back burning operation along Moon Hill Road - taken by Lance Okeson on 08/23/06 (Bates 06.G04000)** | **Lance Okeson 6/15/12**<br>**Joe Wayne Glascock 6/18/12** |

| 102 | X | | Rec | **Photo - Back burning operation along Moon Hill Road - taken by Lance Okeson on 08/23/06 (Bates 06.G04001)** | **Lance Okeson 6/15/12** |
|---|---|---|---|---|---|
| 103 | X | | Rec | **Photo - Back burning operation along Moon Hill Road - taken by Lance Okeson on 8/23/06 (Bates 06.G04002)** | **Lance Okeson 6/15/12 Joe Wayne Glascock 6/18/12** |
| 104 | X | | Rec | **Photo - Tire tracks on Bridge Creek Road - taken by Lance Okeson on 08/24/06 (Bates 06.G04010)** | **Lance Okeson 6/15/12** |
| 105 | X | | Rec | **Photo - Tire track on Bridge Creek Road - taken by Lance Okeson on 08/24/06 (Bates 06.G04011)** | **Lance Okeson 6/15/12** |
| 106 | X | | Rec | **Photo - Overview of boot track location on E. side of Bridge Creek Road - taken by Lynn Miracle on 8/24/06 (Bates BRIDGE CRK RD TRACK_00002)** | **Lance Okeson 6/15/12** |
| 107 | X | | Rec | **Photo - Closeup of boot track on E. side of Bridge Creek Road - taken by Lynn Miracle on 8/24/06 (Bates BRIDGE CRK RD TRACK_00003)** | **Lance Okeson 6/15/12** |
| 108 | X | | Rec | **Photo - Test Burn at South end of Bridge Creek Road (Bates TEST BURN_SOUTH END BRIDGE CRK RD_00002)** | **Lance Okeson 6/15/12** |
| 109 | X | | Rec | **Aerial Photo - (Bates 06.G04248)** | **Lance Okeson 6/15/12** |
| 110 | X | | Rec | **Aerial Photo - (Bates 06.G04284)** | **Lance Okeson 6/15/12** |
| 111 | X | | Rec | **Aerial photograph with inset photo of boot print located between Ignitions 8 and 9** | |
| 112 | X | | Rec | **Photo - BLM Helitack (Bates 06.G18358)** | **Lance Okeson 6/15/12** |
| 113 | X | | Rec | **Photo - BLM Helitack (Bates 06.G18359)** | **Lance Okeson 6/15/12** |
| 114 | X | | Rec | **Photo - BLM Helitack (Bates 06.G18361)** | **Lance Okeson 6/15/12** |
| 115 | X | | Rec | **BLM Fire Video Clip 1** | **Lance Okeson 6/15/12** |
| 116 | X | | Rec | **BLM Fire Video Clip 2** | **Lance Okeson 6/15/12** |
| 117 | X | | Rec | **BLM Fire Video Clip 3** | **Lance Okeson 6/15/12** |
| 118 | X | | Rec DEM ONLY | **FI-210 Manual Sections 2A thru 2C - Fire Behavior and Burn Patterns** | **Gary White 6/19/12** |

| 119 | X | | Rec | **Photo - Ignition 1 (Bates IGNITION #1_00009)** | **Gary White 6/19/12**<br>**Roy Roscoe Hogue 6/21/12** |
|-----|---|---|-----|----|----|
| 120 | X | | Rec | **Photo - Ignition 1 (Bates IGNITION #1_00014)** | **Gary White 6/19/12** |
| 121 | X | | Rec | **Photo - Ignition 1 (Bates IGNITION #1_00013)** | **Gary White 6/19/12** |
| 122 | X | | Rec | **Photo - Ignition 2 (Bates IGNITION #2_00009)** | **Gary White 6/19/12**<br>**Roy Roscoe Hogue 6/21/12** |
| 123 | X | | Rec | **Photo - Ignition 2 (Bates IGNITION #2_00011)** | **Gary White 6/19/12** |
| 124 | X | | Rec | **Photo - Ignition 2 (Bates IGNITION #2_00016)** | **Gary White 6/19/12** |
| 125 | X | | Rec | **Photo - Ignition 2 (Bates IGNITION #2_00017)** | **Gary White 6/19/12** |
| 126 | X | | Rec | **Photo - Ignition 2 (Bates IGNITION #2_00020)** | **Gary White 6/19/12** |
| 127 | X | | Rec | **Photo - Path of travel by Hammond vehicle around downed Juniper tree between Ignitions 2 and 3 on 8/23/06 (Bates DRIVE AROUND_00008)** | **Chad David Rott 6/14/12** |
| 128 | X | | Rec | **Photo - Location of downed Juniper tree between Ignitions 2 and 3 on 8/23/06 (Bates DRIVE AROUND_00011)** | **Chad David Rott 6/14/12** |
| 129 | X | | Rec | **Photo - Path of travel by Hammond vehicle around downed Juniper tree on 8/23/06 between Ignitions 2 and 3 (Bates DRIVE AROUND_00012)** | **Chad David Rott 6/14/12** |
| 130 | X | | Rec | **Photo - Path of travel by Hammond vehicle around downed Juniper tree on 8/23/06 between Ignitions 2 and 3 (Bates DRIVE AROUND_00013)** | **Chad David Rott 6/14/12** |
| 131 | X | | Rec | **Photo - Ignition 3 (Bates IGNITION #3_00008)** | **Gary White 6/19/12**<br>**Roy Roscoe Hogue 6/21/12** |
| 132 | X | | Rec | **Photo - Ignition 3 (Bates IGNITION #3_00009)** | **Gary White 6/19/12** |
| 133 | X | | Rec | **Photo - Ignition 3 (Bates IGNITION #3_00011)** | |
| 134 | X | | Rec | **Photo - Ignition 4 (Bates IGNITION #4_00008)** | **Gary White 6/19/12** |

| 135 | X | | Rec | **Photo - Ignition 4 (Bates IGNITION #4_00010)** | **Gary White 6/19/12** |
|---|---|---|---|---|---|
| 136 | X | | Rec | **Photo - Ignition 5 (Bates IGNITION #5_00029)** | **Gary White 6/19/12** <br> **Roy Roscoe Hogue 6/21/12** |
| 137 | X | | Rec | **Photo - Ignition 5 (Bates IGNITION #5_00032)** | **Gary White 6/19/12** |
| 138 | X | | Rec | **Photo - Ignition 5 (Bates IGNITION #5_00042)** | **Gary White 6/19/12** <br> **John Wilford Bird 6/19/12** |
| 139 | X | | Rec | **Photo - Ignition 5 (Bates IGNITION #5_00043)** | **Gary White 6/19/12** |
| 140 | X | | Rec | **Photo - Ignition 6 (Bates IGNITION #6_00011)** | **Gary White 6/19/12** |
| 141 | X | | Rec | **Photo - Ignition 6 (Bates IGNITION #6_00017)** | **Gary White 6/19/12** |
| 142 | X | | Rec | **Photo - Ignition 7 (Bates IGNITION #7_00009)** | **Gary White 6/19/12** <br> **Roy Roscoe Hogue 6/21/12** |
| 143 | X | | Rec | **Photo - Ignition 7 (Bates IGNITION #7_00011)** | **Gary White 6/19/12** |
| 144 | X | | Rec | **Photo - Ignition 7 (Bates IGNITION #7_00012)** | **Gary White 6/19/12** |
| 145 | X | | Rec | **Photo - Ignition 7 (Bates IGNITION #7_00013)** | **Gary White 6/19/12** |
| 146 | X | | Rec | **Photo - Ignition 8 (Bates 06.G01467)** | **Carrie Bilbao 6/19/12, 6/20/12** |
| 147 | X | | Rec | **Photo - Ignition 8 (Bates 06.G01471)** | **Carrie Bilbao 6/19/12, 6/20/12** |
| 148 | X | | Rec | **Photo - Ignition 8 (Bates 06.G01473)** | |
| 149 | X | | Rec | **Photo - Ignition 8 (Bates 06.G01475)** | **Carrie Bilbao 6/20/12** |
| 150 | X | | Rec | **Photo - Ignition 8 (Bates 06.G01477)** | **Carrie Bilbao 6/20/12** |
| 151 | X | | Rec | **Photo - Ignition 8 (Bates 06.G01499)** | |
| 152 | X | | Rec | **Photo - Ignition 8 (Bates 06.G01501)** | |
| 153 | X | | Rec | **Burn Pattern Map #2 - Ignition 8, p. 3 (Bates 06.G01449)** | |
| 154 | X | | Rec | **Photo - Point of Confrontation (Bates 06.G01961)** | |

| 155 | X | | Rec | **Photo - Point of Confrontation (Bates 06.G01965)** | |
| 156 | X | | Rec | **Burn Pattern Map #1 - Ignition 8, p. 2 (Bates 06.G01447)** | |
| 157 | X | | Rec | **Photo - Possible Area of Ignition - Ignition #9 (Bates 06.G01839)** | |
| 158 | X | | Rec | **Photo - Possible Area of Ignition - Ignition #9 (Bates 06.G01819)** | |
| 159 | X | | Rec | **Photo - Possible Area of Ignition - Ignition #9 (Bates 06.G01817)** | **Carrie Bilbao 6/20/12** |
| 160 | X | | Rec | **Photo - Possible Area of Ignition - Ignition #9 (Bates 06.G01815)** | |
| 161 | X | | Rec | **Photo - Possible Area of Ignition - Ignition #9 (Bates 06.G01799)** | |
| 162 | X | | Rec | **Burn Pattern Map - Possible Area of Ignition, p. 2 - Ignition #9 (06.G02073)** | |
| 163 | X | | Rec | **Photo - Ignition #9 (Bates 06.G01789)** | **Carrie Bilbao 6/20/12** |
| 164 | X | | Rec | **Photo - Ignition #9 (Bates 06.G01783)** | **Carrie Bilbao 6/20/12** |
| 165 | X | | Rec | **Photo - Ignition #9 (Bates 06.G01795)** | **Carrie Bilbao 6/20/12** |
| 166 | X | | Rec | **Photo - Ignition #9 (Bates 06.G01779)** | **Carrie Bilbao 6/20/12** |
| 167 | X | | Rec | **Photo - Ignition #9 (Bates 06.G01753)** | |
| 168 | X | | Rec | **Photo - Ignition #9 (Bates 06.G01755)** | **Carrie Bilbao 6/20/12** |
| 169 | X | | Rec | **Photo - Ignition #9 (Bates 06.G01751)** | |
| 170 | X | | Rec | **Burn Pattern Map #1, Ignition #9, p. 2 (Bates 06.G01554)** | |
| 171 | X | | Rec | **Burn Pattern Map #2 - Ignition #9, p. 4 (Bates 06.G01555)** | |
| 172 | X | | Rec | **Photo - Ignition 10 (Bates 06.G02018)** | **Gary White 6/19/12** |
| 173 | X | | Rec | **Photo - Ignition 10 Photo (Bates 06.G02038)** | **Gary White 6/19/12** |
| 174 | X | | Rec | **Photo - Ignition 10 (Bates 06.G02044)** | **Gary White 6/19/12** |
| 175 | X | | Rec | **Photo - Ignition 10 (Bates 06.G02050)** | **Gary White 6/19/12** |
| 176 | X | | Rec | **Photo - Trail Fire 1 - Overview (Bates TRAIL FIRE #1_00009)** | |

| | | | | | |
|---|---|---|---|---|---|
| 177 | X | | Rec | **Photo - Trail Fire 1 Boot print (Bates TRAIL FIRE #1_00017)** | |
| 178 | X | | Rec | **Photo - Trail Fire 2 - Overview (Bates TRAIL FIRE #2_00009)** | |
| 179 | X | | Rec | **Photo - Trail Fire 2 - Boot print (Bates TRAIL FIRE #2_00018)** | |
| 180 | X | | Rec | **Photo - Trail Fire 3 - Overview (Bates TRAIL FIRE #3_00009)** | |
| 181 | X | | Rec | **Photo - Trail Fire 3 - Boot print (Bates TRAIL FIRE #3_00010)** | |
| 182 | X | | Rec | **Photo - Trail Fire 4 - Overview (Bates TRAIL FIRE #4_00008)** | |
| 183 | X | | Rec | **Photo - Trail Fire 4 - Boot print (Bates TRAIL FIRE #4_00012)** | |
| 184 | X | | Rec | **Photo - Trail Fire 5 - Overview (Bates TRAIL FIRE #5_00008)** | |
| 185 | X | | Rec | **Photo - Trail Fire 5 - Boot print (Bates TRAIL FIRE #5_00009)** | |
| 186 | X | | Rec | **Photo - Trail Fire 6 - Overview (Bates TRAIL FIRE #6_00009)** | |
| 187 | X | | Rec | **Photo - Trail Fire 6 - Boot print (Bates TRAIL FIRE #6_00010)** | |
| 188 | X | | Rec | **Photo - Trail Fire 7 - Overview (Bates TRAIL FIRE #7_00009)** | |
| 189 | X | | Rec | **Photo - Trail Fire 7 - Boot print (Bates TRAIL FIRE #7_00010)** | |
| 190 | X | | Rec | **Photo - Grandad Fire at Catherson Cabin (Bates 06.G00802-1)** | **George Paul James Orr 6/15/12** |
| 191 | X | | Rec | **Photo - Grandad Fire at Catherson Cabin (Bates 06.G00802- 2)** | **George Paul James Orr 6/15/12** |
| 192 | X | | Rec | **Photo - Grandad Fire at Catherson Cabin (Bates 06.G00803- 1)** | **Lance Okeson 6/15/12 Joe Wayne Glascock 6/18/12** |
| 193 | X | | Rec | **Photo - Grandad Fire at Catherson Cabin (Bates 06.G00803-2)** | **Lance Okeson 6/15/12** |
| 194 | X | | Rec | **Photo - Grandad Fire at Catherson Cabin (Bates 06.G00804-1)** | |

| 195 | X | | Rec | **Photo - Grandad Fire at Catherson Cabin (Bates 06.G00804-2)** | |
| 196 | X | | Rec | **Photo - Grandad Fire at Catherson Cabin (Bates 06.G00805-1)** | |
| 197 | X | | Rec | **Photo - Boot print seen by Okeson (Bates 06.G00805-2)** | **David Roy Glerup 6/14/12 Lance Okeson 6/15/12 George Paul James Orr 6/15/12 Gary White 6/19/12 David Freeman 6/20/12** |
| 198 | X | | Rec | **Photo - Boot print seen by Okeson inside rock circle (Bates 06.G00806-1)** | **David Roy Glerup 6/14/12 George Paul James Orr 6/15/12** |
| 199 | X | | Rec | **Photo - Boot print seen by Okeson (Bates 06.G00806-2)** | **David Roy Glerup 6/14/12 George Paul James Orr 6/15/12** |
| 200 | X | | Rec | **Photo - Area where Okeson first observed Dwight Hammond (Bates 06.G00807-1)** | **Lance Okeson 6/15/12 George Paul James Orr 6/15/12** |
| 201 | X | | Rec | **Photo - Area where Okeson followed Dwight Hammond (Bates 06.G00807-2)** | **David Roy Glerup 6/14/12 George Paul James Orr 6/15/12** |
| 202 | X | | Rec | **Photo - Area where Okeson followed Dwight Hammond (Bates 06.G00808-1)** | **George Paul James Orr 6/15/12** |
| 203 | X | | Rec | **Photo - Area where Okeson observed Dwight Hammond walk away from ignition (Bates 06.G00808-2)** | **George Paul James Orr 6/15/12** |
| 204 | X | | Rec | **Photo - Orr Search Warrant - White flatbed pickup at Hammond Ranch (Bates 06.G00811-2)** | |
| 205 | X | | Rec | **Photo - Orr Search Warrant - Left rear tire on blue Chevrolet pickup truck (Bates 06.G00813-2)** | |
| 206 | X | | Rec | **Photo - Orr Search Warrant - Tire size on blue Chevrolet pickup truck (Bates 06.G00815-1)** | |
| 207 | X | | Rec | **Photo - Orr Search Warrant - Right front tire of blue Chevrolet pickup truck (Bates 06.G00815-2)** | **Joe Wayne Glascock 6/18/12** |
| 208 | X | | Rec | **Photo - Orr Search Warrant - Rear of blue Chevrolet pickuptruck (Bates 06.G00816-1)** | |

| 209 | X | | Rec | Photo - Orr Search Warrant - Right side of blue Chevrolet pickup truck (Bates 06.G00816-2) | Chad David Rott 6/14/12<br>George Paul James Orr 6/15/12<br>Joe Wayne Glascock 6/18/12 |
|---|---|---|---|---|---|
| 210 | X | | Rec | Photo - Close-up showing tread of left rear tire of blue Chevrolet pickup truck (Bates 00172) | George Paul James Orr 6/15/12 |
| 211 | X | | Rec | Photo - Rolled tire print from Blue Chevrolet pickup truck (Bates 00175) | David Roy Glerup 6/14/12<br>George Paul James Orr 6/15/12 |
| 212 | X | | Rec | Photo - Rolled tire print from Blue Chevrolet pickup (Bates 00176) | George Paul James Orr 6/15/12 |
| 213 | X | | Rec | Photo Lineup with Steve Hammond (Bates 00043) | Chad David Rott 6/14/12 |
| 214 | X | | Rec | Photo Lineup with Dwight Hammond (Bates 00044) | Chad David Rott 6/14/12 |
| 215 | X | | Rec | Satellite photos (Bates 06.G18406 thru 06.G18410) | |
| 216 | X | | Rec | Nomagrams (Bates 06.G18392 thru 06.G18396) | |
| 217 | X | | Rec | Image 1 - Overview of Fire Area (Bates 06.G18397) | |
| 218 | X | | Rec | Image 2 - Final Burn Mosaic Within Fire Perimeter (Bates 06.G18398) | Roy Roscoe Hogue 6/21/12 |
| 219 | X | | Rec | Image 3 - Simulation of Likely Fire Spread 11:00 AM on 8/23/06 (Bates 06.G18399) | |
| 220 | X | | Rec | Image 4 - Simulation of Likely Fire Spread 12:00 PM 8/23/06 compared to New Ignitions (Bates 06.G18400) | |
| 221 | X | | Rec | Image 5 - Simulation of Likely Fire Spread 1:00 PM 8/23/06 Compared to New Ignitions (Bates 06.G18401) | |
| 222 | X | | Rec | Image 6 - Simulation of Likely Fire Spread 2:00 PM 8/23/06 Compared to New Ignitions (Bates 06.G18402) | |
| 223 | X | | Rec | Image 7 - Simulation of Likely Fire Spread 3:00 PM 8/23/06 Compared to New Ignitions (Bates 06.G18403) | |

| 224 | X | | Rec | **Image 8 - Simulation of Likely Fire Spread 4:00 PM on 8/23/06 Compared to New Ignitions (Bates 06.G18404)** | |
| 225 | X | | Rec | **Image 9 - Simulation of Likely Fire Spread 5:00 PM 8/23/06 Compared to New Ignitions and Burn Pattern (Bates 06.G18405)** | |
| 226 | X | | Rec | **Photo - Piper Super Cub Airplane owned by Hammond Ranches (Bates 00570)** | **Lance Okeson 6/15/12 Joe Wayne Glascock 6/18/12** |
| 227A | X | | Rec | **Letter from Steven Hammond and Hammond Ranches, Inc. to Tom Dyer at USDI, BLM - dated June 26, 2002** | **Thomas Dyer 6/12/12 David Ward 6/13/12** |
| | | | | | |
| 236 | | | Not Rec | **Photograph** | |
| 237 | | | Not Rec | **Photograph** | |
| 238 | | | Not Rec | **Photograph** | |
| 239 | | | Not Rec | **Photograph** | |
| 240 | | | Not Rec | **Photograph** | |
| 241 | | | Not Rec | **Photograph** | |
| 242 | | | Not Rec | **Photograph** | |
| 243 | | | Not Rec | **Photograph** | |
| 244 | | | Not Rec | **Photograph** | |
| 245 | | | Not Rec | **Photograph** | |
| 246 | | | Not Rec | **Photograph** | |
| 247 | | | Not Rec | **Photograph** | |
| 248 | | | Not Rec | **Photograph** | |
| 249 | | | Not Rec | **Photograph** | |
| 250 | | | Not Rec | **Photograph** | |
| 251 | | | Not Rec | **Photograph** | |
| 252 | | | Not Rec | **Photograph** | |

| 253 | | | Not Rec | Photograph | |
|-----|---|---|---------|------------|---|
| 254 | | | Not Rec | Photograph | |
| 255 | | | Not Rec | Photograph | |
| 256 | | | Not Rec | Photograph | |
| 257 | | | Not Rec | Photograph | |
| 258 | | | Not Rec | Photograph | |
| 259 | X | | Rec | Photograph of 2 yellow flags and 1 blue flag with shoe impressions | John Wilford Bird 6/19/12 |
| 260 | X | | Rec | Photograph o with yellow marker 1 and yellow/black rulers on two sides | John Wilford Bird 6/19/12 |
| 261 | X | | Rec | Photograph of shoe impression with yellow rulers on two sides | John Wilford Bird 6/19/12 |
| 262 | X | | Rec | Photograph of shoe impression with yellow rulers on two sides | John Wilford Bird 6/19/12 |
| | | | | | |
| 264 | X | | | Digital Photo Log - Sept 3, 2006 by Chuck Miller | John Wilford Bird 6/19/12 |
| 265 | X | | | Sketch made of observations and evidence by John Bird | John Wilford Bird 6/19/12 |
| 266 | X | | | Wildfire Origin and Cause Determination Handbook - May 2005 | Carrie Bilbao 6/20/12 |
| 267 | X | | | Proposed seeding cost breakdown | Daniel Gonzalez 6/20/12 |
| 268 | X | | | FAX - Only For the Record | |
| | | | | | |
| | | | | DEFENSE EXHBITS: | |
| 1101 | | X | Rec | Large Map of Steens Mtn. Area | (Did not go to jury) |
| 1102 | | X | Rec | Diagram of Fire History in Steens Mtn Area [Adapted from Government Exhibit 34-1] | |
| 1103 | | X | Rec | Public Information Display from Steens Mountain Loop Road | |
| 1104 | | X | Rec | BLM Burns Report Labeled "Hammond Prescribed Burn" | David Ward 6/13/12 |

| 1105 | | X | Rec | Aerial photo of "Slop Over Fire #1" and "Ignition #1" | Thomas Dyer 6/12/12<br>David Ward 6/13/12 |
|---|---|---|---|---|---|
| 1106 | | X | Rec | Map of 1999 Hammond "Trespass" Fire | |
| 1107 | | X | Rec | 1999 BLM Burns District Trespass Register | Thomas Dyer 6/12/12<br>Stacy Davies 6/14/12 |
| 1108 | | X | Rec | 11/5/1999 Letter to Hammond Ranches from Tom Dyer | |
| 1109 | | X | Rec | Transcript of telephone calls to BLM Burns District Dispatch on 09/30/2001 | |
| 1110 | | X | Rec | 10/24/2001 report by BLM Range Conservationist Dave Ward including map of burn incident on 09/30/2001 | David Ward 6/13/12 |
| 1111 | | X | Rec | Aerial diagram depicting conflicting BLM locations of 09/30/2001 burn | Roy Roscoe Hogue 6/21/12 |
| 1112 | | X | Rec | Google Earth image depicting BLM helicopter location of 09/30/2001 burn | Roy Roscoe Hogue 6/21/12 |
| 1113 | | X | Rec | Google Earth image depicting Dave Ward location of 09/30/2001 burn | |
| 1114 | | X | Rec | Aerial diagram depicting conflicting locations of 09/30/2001 burn and Gordon Choate location of hunting camp and hunting activity | Stacey Fenton 6/14/12 |
| 1115 | | X | Rec | BICC Incident Report regarding 09/30/2001 | |
| 1116 | | X | Rec | Schematic of 2005 Little Bridge Creek Complex | Charley Martin 6/19/12 |
| 1117 | | X | Rec | Aerial photo of lightning strikes in 2005 Little Bridge Creek Complex | (Did not go to jury) |
| 1118 | | X | Rec | 08/23/2005 BICC Initial Incident Report of 2005 Fir Creek Fire | (Did not go to jury) |
| 1119 | | X | Rec | 08/23/2005 Incident Status Summary regarding Fir Creek Fire08/23/2005 | (Did not go to jury) |
| 1120 | | X | Rec | 08/23/2005 receipt from McGrath's Fish House | (Did not go to jury) |
| 1121 | | X | Rec | 08/09/2005 - 09/08/2005 Hammond Credit Card statement | (Did not go to jury) |
| 1122 | | X | Rec | 2005 Fir Creek Fire - BLM Correspondence with Private Land Owner | (Did not go to jury) |

| 1123 | | X | Rec | 08/17/2006 Google Earth Photo of Steens Mountain | (Did not go to jury) |
|---|---|---|---|---|---|
| 1124 | | X | Rec | 08/20-22/2006 Vogler photos of visit to Hammond Ranches | Henry Conrad Vogler 6/20/12 |
| 1124A | | X | Rec | Close up of clock depicted in Vogler 08/21/2006 photo (Page 31 of Exhibit 1124) | Henry Conrad Vogler 6/20/12 |
| 1125 | | X | Rec | Aerial Diagram depicting lightning strikes in Steens Mountain area on 08/21/2006 | |
| 1125A | | X | Rec | Diagram showing locations of lightning struck trees | |
| 1125B | | X | Rec | Photo of lightning struck tree #1 | Roy Roscoe Hogue 6/21/12 |
| 1125C | | X | Rec | Photo of lightning struck tree #2 | Roy Roscoe Hogue 6/21/12 |
| 1125D | | X | Rec | Photo showing charred lightning struck tree | |
| 1126 | | X | Rec | Graphs depicting weather at Moon Hill Road Weather Station on 08/22-23/2006 | David Toney 6/14/12 |
| 1127 | | X | Rec | Graphs depicting weather at P-Hill Weather Station on 08/22-23/2006 | Roy Roscoe Hogue 6/21/12 |
| 1128 | | X | Rec | 08/22/2006 Photo of dust devil taken from location of Engine 614 | Roy Roscoe Hogue 6/21/12 |
| 1129 | | X | Rec | Photos depicting BLM backburn activity on Steens Mountain - 08/2006 | |
| 1130 | | X | Rec | 09/03/2006 photos depicting fire activity on both sides of Knox Springs Road | |
| 1131 | | X | Rec | 08/30/2006 BLM aerial video | |
| 1132 | | X | Rec | 08/17/2006 Google Earth image of Lower Bridge Creek area | |
| 1133 | | X | Rec | WildCAD Incident Card re "Grandad" Vegetation Fire [08/21/-26/2006] | (Did not go to jury) |
| 1134 | | X | Rec | 08/22/2006 photo of fire in Lower Bridge Creek area | Roy Roscoe Hogue 6/21/12 |
| 1134A | | X | Rec | Photo of location of lightning struck tree in Lower Bridge Creek area | Roy Roscoe Hogue 6/21/12 |
| 1135 | | X | Rec | Photos of initial fire location Lower Bridge Creek area on 08/21/2006 | |

| 1136 | | X | Rec | 08/22/2006 Vogler Traffic Citation | Henry Conrad Vogler 6/20/12 |
|---|---|---|---|---|---|
| 1137 | | X | Rec | Photos of lightning struck tree in Lower Bridge Creek area | Roy Roscoe Hogue 6/21/12 |
| 1138 | | X | Rec | Diagram showing 08/21/2006 lightning strikes and 08/22/2006 initial fire observation in Krumbo Butte area | Roy Roscoe Hogue 6/21/12 |
| 1139 | | X | Rec | 08-23-2005 6:50 p.m. Incident Status Summary regarding Little Bridge Creek Fire | Ronald Lee Holle 6/20/12 |
| 1140 | | X | Rec | Diagrams showing 08/21/2006 lightning strikes and 08/22/2006 initial fire observations in Krumbo Butte area | |
| 1141 | | X | Rec | 08/22/2006 photo of Krumbo Butte Fire from location of Engine 614 at P-Hill | Roy Roscoe Hogue 6/21/12 |
| 1142 | | X | Rec | 08/22/2006 photo of Krumbo Butte Fire from location of Engine 614 at P-Hill with projection lines | Roy Roscoe Hogue 6/21/12 |
| 1143 | | X | Rec | WildCAD Incident Card re Krumbo Butte Fire [08/22/-26/2006] | David Toney 6/14/12 Jeffrey Ryan Hussey 6/14/12 |
| 1144 | | X | Rec | Photos of boundary between Hammond property and public land in Krumbo area | |
| 1145 | | X | Rec | Origin & Cause Report regarding Krumbo Butte Fire | Roy Roscoe Hogue 6/21/12 |
| 1146 | | X | Rec | 08/26/2006 IR Map of Krumbo Butte Fire | |
| 1147 | | X | Rec | 08/26/2006 IR Map of Krumbo Butte Fire with lightning data | |
| 1148 | | X | Rec | 08/17/2006 Google Earth image of Bridge Creek Road where BLM conducted 08/22/2006 backburn | |
| 1149 | | X | Rec | Diagram of pre-2006 fire history in area of Granddad Fire Complex | |
| 1150 | | X | Rec | Photo of Bridge Creek Road less than one mile from Antelope Reservoir - facing west | |
| 1151 | | X | Rec | Photo of Bridge Creek Road less than one mile from Antelope Reservoir - facing northwest | |

Page 20 of 28

| 1152 | | X | Rec | Photo of Bridge Creek Road less than one mile from Antelope Reservoir - facing southwest | |
| 1153 | | X | Rec | Photo of Bridge Creek Road less than one mile from gate between Hammond allotment and Bridge Creek pasture - facing south | |
| 1154 | | X | Rec | Photo #13 from examination of Ignition #9 ("fourteen inch footprint") | |
| 1155 | | X | Rec | Aerial photo of "Slop Over Fire" at north end of 08/22/2006 BLM backburn | |
| 1156 | | X | Rec | Aerial photo of "Slop Over Fire" and "Ignition #1" | |
| 1157 | | X | Rec | Aerial photo of "Ignition #2" | |
| 1158 | | X | Rec | Aerial photo of "Ignition #5" | |
| 1159 | | X | Rec | 08/26/2006 aerial photo of "Ignition #5" | Roy Roscoe Hogue 6/21/12 |
| 1160 | | X | Rec | Aerial photo of "Ignition #7" | |
| 1161 | | X | Rec | Aerial photo of "Ignition #9" | |
| 1162 | | X | Rec | Aerial photo of "Ignition #10" | |
| 1163 | | X | Rec | Aerial phot of 08/23/2006 abandoned BLM backfire operation on Bridge Creek Road | |
| 1164 | | X | Rec | Map depicting 08/21/2006 lightning strike data [with confidence circles] and 08/23/2006 observations by Joe Bates in Granddad area | |
| 1165 | | X | Rec | Aerial photo of "Trial Fire #1" | |
| 1166 | | X | Rec | Photo Log of Trail Fires | |
| 1167 | | X | Rec | Photo of Bendix-King plastic radio tag found during examination of Trail Fires | |
| 1168 | | X | Rec | Photo of Bendix-King plastic radio tag found during examination of Trail Fires with scale | |
| 1169 | | X | Rec | Close-up photo of Bendix-King plastic radio tag found during examination of Trail Fires with scale | |

| 1170 | | X | Rec | Photo of reverse side of Bendix-King plastic radio tag found during examination of Trail Fires | |
| 1171 | | X | Rec | Notes and photos of tracks in area of Trail Fires | |
| 1172 | | X | Rec | Sketch of trail fires #1-#6 | |
| 1173 | | X | Rec | Sketch of trail fires #1 and 2 | |
| 1174 | | X | Rec | Sketch of trail fires #3 and #4 | |
| 1175 | | X | Rec | Sketch of trail fire #5 | |
| 1176 | | X | Rec | Sketch of trail fires #6 and #7 | |
| 1177 | | X | Rec | O & C Report Checklist for Ignition #10 | |
| 1178 | | X | Rec | Some measurements from Ignition #10 | |
| 1179 | | X | Rec | Photos from examination of Ignition #10 ("fourteen inch footprint") | |
| 1180 | | X | Rec | Diagram of Ignition #10 | |
| 1181 | | X | Rec | Lightning strike data near Ignition #10 | |
| 1182 | | X | Rec | Diagram showing lightning strike data near Ignitions #8, #9, and #10 | |
| 1183 | | X | Rec | 08/17/2006 Google Earth image of area of 08/23/2006 abandoned BLM backfire operation on Bridge Creek Road | |
| 1184 | | X | Rec | Map of area of "Ignition 10" with lightning data | Roy Roscoe Hogue 6/21/12 |
| 1185 | | X | Rec | 08/26/2006 IR Map of Granddad Fire Complex | Roy Roscoe Hogue 6/21/12 |
| 1186 | | X | Rec | Outlines of Dwight Hammond's feet and boots | David Freeman 6/20/12 |
| 1187 | | X | Rec | Photos of Dwight Hammond Boots | David Freeman 6/20/12 |
| 1188 | | X | Rec | Photo of Dwight Hammond boot impression in sand | David Freeman 6/20/12 |
| 1189 | | X | Rec | Outlines of Steven Hammond feet | |
| 1190 | | X | Rec | Map depicting pasture fence gates in Lower Bridge Creek and Hardie-Hammond Summer Allotments | |

Page 22 of 28

| 1191 | | X | Rec | Map depicting cattle rotation in Lower Bridge Creek and Hardie-Hammond Summer Allotments | (Did not go to jury) |
|---|---|---|---|---|---|
| 1192 | | X | Rec | 1994 - 2004 HRI Grazing Permit | Al Steninger 6/20/12 |
| 1193 | | X | Rec | 2003 HRI Application to Renew Grazing Permit | Al Steninger 6/20/12 |
| 1194 | | X | Rec | 2004 - 2014 HRI Grazing Permit Ranches | Joe Wayne Glascock 6/18/12<br>Al Steninger 6/20/12 |
| 1195 | | X | Rec | 2005 HRI Grazing Bill | |
| 1196 | | X | Rec | 2005 HRI Actual Use Report | |
| 1197 | | X | Rec | 2006 HRI Grazing Bill | Joe Wayne Glascock 6/18/12<br>Al Steninger 6/20/12 |
| 1198 | | X | Rec | 2006 HRI Actual Use Report | Al Steninger 6/20/12 |
| 1198A | | X | Rec | 2006 HRI Actual Use Report with Steve Hammond's notes to Bill Anderson | (Did not go to jury) |
| 1199 | | X | Rec | 2006 RH Determination for Hammond FFR Allotment | |
| 1200 | | X | Rec | 2007 BLM Allotment Evaluation for Hammond Allotment | |
| 1201 | | X | Rec | 2007 BLM Allotment Evaluation for Hardie Hammond Summer Allotment | Jeffrey Rose 6/20/12<br>Al Steninger 6/20/12 |
| 1202 | | X | Rec | 2007 RH Determination for Mud Creek Allotment | Jeffrey Rose 6/20/12<br>Al Steninger 6/20/12 |
| 1203 | | X | Rec | Audio recording of Jody Starbuck's telephone messages of 08/21/2006 | Jody Starbuck 6/20/12 |
| 1204 | | X | Rec | Audio recording of Joe Glascock's telephone message to Steve Hammond on the morning of 08/22/2006 | |
| 1205 | | X | Rec | Transcript of audio recording of Joe Glascock's telephone message to Steve Hammond on the morning of 08/22/2006 | |
| 1206 | | X | Rec | Audio recording of Joe Glascock's telephone message to Steve Hammond on the afternoon of 08/22/2006 | Joe Wayne Glascock 6/18/12 |

| 1207 | | X | Rec | Transcript of audio recording of Joe Glascock's telephone message to Steve Hammond on the afternoon of 08/22/2006 | Joe Wayne Glascock 6/18/12 |
|---|---|---|---|---|---|
| 1208 | | X | Rec | Resumé of Al Steninger | Al Steninger 6/20/12 |
| 1209 | | X | Rec | 06/17/2005 Cooperative Range Improvement Agreement | Stacey Fenton 6/14/12 Joe Wayne Glascock 6/18/12 |
| 1210 | | X | Rec | Diagram of Hammond Ranches ranching area | Joe Wayne Glascock 6/18/12 William Otley 6/18/12 Jacon Taylor 6/20/12 Al Steninger 6/20/12 |
| 1211 | | X | Rec | Diagram of Hammond Ranches ranching area with locations of alleged igniting | (Did not go to jury) |
| 1212 | | X | Rec | Diagram of Hammond Ranches ranching area with locations of alleged igniting and cattle movement | |
| 1213 | | X | Rec | Photograph of elk on truck bed | Dennis Nelson 6/13/12 Dusty Hammond 6/13/12 Jacon Taylor 6/20/12 |
| 1214 | | X | Rec | Photograph of man with young man holding rifle | Dusty Hammond 6/13/12 |
| 1215 | | X | Rec | Photograph of two men skinning an animal | Dennis Nelson 6/13/12 Dustin Nelson 6/13/12 Dusty Hammond 6/13/12 Scott Gustafson 6/20/12 |
| 1216 | | X | Rec | Photograph of three men in back of truck | Dusty Hammond 6/13/12 Scott Gustafson 6/20/12 |
| 1217 | | X | Rec | Box of pens similar to pen in government exhibit #197 | David Freeman 6/20/12 |
| | | | | | |
| 1219 | | X | Rec | Aerial photograph taken on southern edge of Krumbo Butte Fire looking to the northwest | Roy Roscoe Hogue 6/21/12 |
| 1220 | | X | Rec | Mr. Stampfly fire progression map | Roy Roscoe Hogue 6/21/12 |
| | | | | | |
| 1301 | | X | Rec | BLM Compliance Inspection Form - Hammond Ranches on 1/10/2006 | Joe Wayne Glascock 6/18/12 |

| 1302 | | X | Rec | Origin and Cause Report - 9/2/2006 to 9/9/2006 by Gary White, Lynn Miracle and John Bird | Gary White 6/19/12 |
|------|--|---|-----|--------------------------------------------------------------------------------------------------|--------------------|
| | | | | | |
| 1321 | | X | | Lightning DisplayMap- 06.G00706, 06.G00707 and 06.G00708 | John Wilford Bird 6/19/12 |
| 1331 | | X | Rec | Photograph taken by Carrie Bilbao of footprints | Carrie Bilbao 6/20/12 |
| | | | | | |
| 1353 | | X | | Photo log of Gary White | Gary White 6/19/12 |
| | | | | | |
| 1355 | | X | Rec - DEM ONLY | Training materials used by Gary White | Gary White 6/19/12 |
| 1356 | | X | Rec | Photograph | Gary White 6/19/12 |
| 1357 | | X | Rec | Photograph | Gary White 6/19/12 |
| | | | | | |
| 1401 | | X | Rec | Cover page and 2 excerpts from 2001 Oregon Big Game Regulations | Rod Spannaus 6/13/12 |
| 1406 | | X | Rec | BLM-CMA-OR020-2007-001 Steens Mtn Cooperative Management and Protection Area Agreement | |
| 1414 | | X | Rec | Emergency Firefighter Time Report - Joe Glascock 8/21/06 - 9/01/06 | Joe Wayne Glascock 6/18/12 |
| 1416 | | X | Rec | 8/24/06 Track Off Bridge Creek Road Photo Log and two Photographs of boot print with ruler | Lance Okeson 6/15/12 George Paul James Orr 6/15/12 Gary White 6/19/12 |
| 1428 | | X | Rec | Northwest Incident Organizer 8/22/06 Grandad Fire | David Toney 6/14/12 |
| 1429 | | X | Rec | Map - Joe Bates observations | Lance Okeson 6/15/12 Joseph Francis Bates 6/18/12 |
| 1430 | | X | Rec | Evidence Log - 06.G00729 and 06.G00730 | George Paul James Orr 6/15/12 |

| | | | | | |
|---|---|---|---|---|---|
| 1431 | | X | Rec | **Red Flag Warning Issued 8/22/06 in Burns area** | **Jonathan Manski 6/20/12** |
| 1432 | | X | Rec | **Jonathan Manski BICC Center Manager - wildfire situation during the month of August 2006** | **Jonathan Manski 6/20/12** |
| 1433 | | X | Not Rec | **Record of tour on 8/29/06 and photograph** | |
| | | | | | |
| | | | | | |
| | | | | **WITNESS LIST** | |
| | | | | | |
| | | | | **JUNE 12, 2012** | |
| Wit #1 | X | | | Thomas H. Dyer | |
| Wit #2 | X | | | Gordon Choate | |
| | | | | | |
| | | | | **JUNE 13, 2012** | |
| Wit #3 | X | | | Dennis Charles Nelson | |
| Wit #4 | X | | | Dustin Chet Nelson | |
| Wit #5 | X | | | Dusty John Hammond | |
| Wit #6 | X | | | Tammi Lynn Renfro | |
| Wit #7 | X | | | Rod Spannaus | |
| Wit #8 | X | | | David Robert Ward, Jr. | |
| Wit #9 | X | | | Dennis Shrader | |
| Wit #10 | X | | | Karla Bird | |
| | | | | | |
| | | | | **JUNE 14, 2012** | |
| Wit #11 | X | | | David Toney | |
| Wit #12 | X | | | Stacy Davies | |
| Wit #13 | X | | | Randy McKinley | |

| Wit #14 | X | | | Stacey Fenton | |
|---|---|---|---|---|---|
| Wit #15 | X | | | David Roy Glerup | |
| Wit #16 | X | | | Chris Alan Briels | |
| Wit #17 | X | | | Brett Dunten | |
| Wit #18 | X | | | Jeffrey Ryan Hussey | |
| Wit #19 | X | | | Chad David Rott | |
| | | | | | |
| | | | | **JUNE 15, 2012** | |
| Wit #20 | X | | | Lisa Ann Megargee | |
| Wit #21 | X | | | Lance Okeson | |
| Wit #22 | X | | | George Paul James Orr | |
| Wit #23 | X | | | Alice Elshoff | |
| Wit #24 | X | | | William Nelson Lampert | |
| | | | | | |
| | | | | **JUNE 18, 2012** | |
| Wit #25 | X | | | Joe Wayne Glascock | |
| Wit #26 | X | | | William Otley | |
| Wit #27 | X | | | Joseph Francis Bates | |
| Wit #28 | X | | | Charley Martin | |
| | | | | | |
| | | | | **JUNE 19, 2012** | |
| Wit #28 | X | | | Charley Martin | |
| Wit #29 | X | | | Gary White | |
| Wit#30 | X | | | John Wilford Bird | |
| Wit #31 | X | | | Carrie Bilbao | |
| | | | | | |

| | | | | JUNE 20, 2012 | |
|---|---|---|---|---|---|
| Wit #31 | X | | | Carrie Bilbao | |
| Wit #32 | X | | | Ronald Lee Holle | |
| Wit #33 | X | | | Jeffrey Rose | |
| Wit #34 | X | | | Daniel Gonzalez | |
| | | | | | |
| Wit #1 | | X | | Jacon Taylor | |
| Wit #2 | | X | | Scott Gustafson | |
| Wit #3 | | X | | Jody Starbuck | |
| Wit #4 | | X | | Jonathan Manski | |
| Wit #5 | | X | | Henry Conrad Vogler | |
| Wit #6 | | X | | David Freeman | |
| Wit #7 | | X | | Al Steninger | |
| | | | | | |
| | | | | JUNE 21, 2012 | |
| Wit #8 | | X | | Roy Roscoe Hogue | |
| | | | | | |
| Rebuttal Wit #1 | X | | | Carrie Bilbao | |