BILLY J. WILLIAMS, OSB #901366
Acting United States Attorney
District of Oregon
FRANK R. PAPAGNI, JR., OSB #
Assistant United States Attorney
frank.papagni@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone:  (541) 465-6771
Facsimile:   (541) 465-6917
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DWIGHT HAMMOND and<br>STEVEN HAMMOND,<br><br>Defendants. | Case No. 6:10-CR-60066-AA<br><br>**UNITED STATES' NOTICE OF INTENT TO FILE SUPPLEMENTAL SENTENCING MEMORANDUM**<br><br>Sentencing:  July 9, 2015 @ 10:00 am |

The United States of America, by Billy J. Williams, Acting United States Attorney for the District of Oregon and Frank R. Papagni, Jr., Assistant United States Attorney, notifies the Court of its intent to file a supplemental sentencing memorandum in advance of the scheduled July 9, 2015 sentencing hearing, and its

\\\

\\\

\\\

\\\

UNITED STATES' NOTICE OF INTENT TO FILE SUPPLEMENTAL
SENTENCING MEMORANDUM                                                                              Page 1 of 2

intent to rely on the Solicitor General's brief in opposition to the petition for writ of certiorari.  Br. in Opp. 2015 WL 512898, attached hereto as Exhibit 1.

Respectfully submitted this 26th day of June 2015.

                BILLY J. WILLIAMS
                Acting United States Attorney

                */s/ Frank R. Papagni, Jr.*
                FRANK R. PAPAGNI, JR.
                Assistant United States Attorney