# HARNEY COUNTY SHERIFF
## 485 N COURT AVE

| Page | 1 | Case No. | 0403055 | |
|---|---|---|---|---|
| Beat | Rpt Dist | Type: Investigation | | Seq: 1 |

Crime / Incident (Primary, Secondary, Tertiary)
*999.999 INVESTIGATION / INFORMATION*

| Attempt | Occurred | Date | Time | Day |
|---|---|---|---|---|
| ☐ | On or From | 03/09/2004 | 09:00 | Tue |
| ☐ | To | 03/09/2004 | 09:00 | Tue |
| ☐ | Reported | 03/09/2004 | 09:00 | Tue |

Location of Incident *CRANE HIGH SCHOOL, CRANE, OR*

Cross Street

County

Dispo "V" = Victim "RP" = Reporting Party "W" = Witness "S" = Suspect "O" = Other

| Dispo | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| S | HAMMOND, SUSAN ANNE | W | F | 62 | 600 | 205 | | | (541) |
| | Address: 46851 HAMMOND RANCH RD | DOB: 05/16/1941 | | DL Number: 796910 | | | | State: OR | Work Phone: (541) |
| | City, State, Zip Code: DIAMOND OR 97722- | SSN | | Local ID # | | State # | FBI # | | Cell Phone: () |
| S | HAMMOND, STEVEN DWIGHT | W | M | 35 | 602 | 208 | BRO | BLU | (541) |
| | Address: 46911 HAMMOND RANCH RD | DOB: 02/21/1969 | | DL Number: 4282045 | | | | State: OR | Work Phone: (541) |
| | City, State, Zip Code: DIAMOND OR 97722- | SSN | | Local ID # | | State # | FBI # | | Cell Phone: () |
| S | HAMMOND, DWIGHT LINDA | W | M | 62 | 601 | 210 | BRO | BLU | (541) |
| | Address: 46851 HAMMOND RANCH RD | DOB: 01/13/1942 | | DL Number: 797039 | | | | State: OR | Work Phone: (541) |
| | City, State, Zip Code: DIAMOND OR 97722- | SSN | | Local ID # | | State # | FBI # | | Cell Phone: () |
| V | HAMMOND, DUSTY J | W | M | 16 | 0 | 0 | | | (541) 493-2324 |
| | Address: 46851 HAMMOND RANCH RD | DOB: 01/29/1988 | | DL Number | | | | State: OR | Work Phone: (541) |
| | City, State, Zip Code: DIAMOND OR 97722- | SSN | | Local ID # | | State # | FBI # | | Cell Phone: () |

Synopsis :

## SOLVABILITY

| Question | |
|---|---|
| Was there a witness to the crime? | N |
| Was a suspect arrested? | N |
| Is a suspect named? | N |
| Can suspect be located? | N |
| Can suspect be described? | N |
| Can suspect be Identified? | N |
| Is stolen property identifiable? | N |
| Is there an unusual M.O.? | N |
| Is significant physical evidence present | N |
| Is this a major injury/sex crime? | N |
| Are there unique circumstances? | N |
| Is there a good possibility of solution? | N |

| | | |
|---|---|---|
| Continuation Attached : X | PropertyList Attached : X | Property Damage $ : $0.00 |
| UCR : 04E | Press Release : ☐ | Domestic Violence Case : ☐ |
| Gang Related : N | Hate Crime : ☐ | Victim Senior Citizen : ☐ |
| Pursuit : ☐ | Force Used : ☐ | Child Abuse : ☐ |
| Solvability Points 0 | County Code : | Disposition : |
| | | Connecting Case # |
| | | CAD/CFS Event # |

Assigned To : Brian Needham Date : / /

| Officer ID : Brian Needham 33137 | Reviewed By : David R. Glerup, Sheriff | Approved : YES | Date : 03/23/2004 |
|---|---|---|---|

# HARNEY COUNTY SHERIFF
## 485 N COURT AVE

Page: 2
Case No. **0403055**
Type: *Investigation*
Seq: 1

Crime / Incident (Primary): **999.999 INVESTIGATION / INFORMATION**
Attempt: ☐

**Continuation Report**

Dispo: "V" = Victim   "RP" = Reporting Party   "W" = Witness   "S" = Suspect   "O" = Other

| Dispo | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| O | GARDNER, SANDIE | | | 0 | 0 | 0 | | | (541) |

| Address | | DOB | DL Number | | | State | Work Phone |
|---|---|---|---|---|---|---|---|
| | | / / | DEPT HUMAN SERVICES | | | OR | (541) |

| City, State, Zip Code | SSN | Local ID # | State # | FBI # | Cell Phone |
|---|---|---|---|---|---|
| BURNS   OR  97720-0000 | | | | | 0 |

| Officer ID: **Brian Needham**   33137 | Reviewed By: **David R. Glerup, Sheriff** | Approved: **YES** | Date: **03/23/2004** |
|---|---|---|---|

Printed By/On: 42  / 06/09/2011 12:43:33
CrimeStar® Law Enforcement Records Management System
Licensed to: HARNEY COUNTY OR SHERIFF'S OFFICE



DUSTY HAMMOND DOCS_00022

# HARNEY COUNTY SHERIFF
485 N COURT AVE

Page 3 | Case No. 0403055 | Type: Investigation | Seq: 1

Crime / Incident (Primary): 999.999 INVESTIGATION / INFORMATION | Attempt ☐

## Property Report

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| 01 | | PHOTOS | | | | | K |

Description: PHOTOS OF INJURIES TO DUSTY HAMMOND

☐ Stolen Value 0 ☐ Recovered Value 0 ☐ Evidence Value 0 ☐ Safekeeping Value 0 ☐ Damaged Value 0

Location Seized:

Owner: ,

Owner Address: BURNS OR 97720-0000

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Description:

☐ Stolen Value ☐ Recovered Value ☐ Evidence Value ☐ Safekeeping Value ☐ Damaged Value

Location Seized:

Owner:

Owner Address:

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Description:

☐ Stolen Value ☐ Recovered Value ☐ Evidence Value ☐ Safekeeping Value ☐ Damaged Value

Location Seized:

Owner:

Owner Address:

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Description:

☐ Stolen Value ☐ Recovered Value ☐ Evidence Value ☐ Safekeeping Value ☐ Damaged Value

Location Seized:

Owner:

Owner Address:

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Description:

☐ Stolen Value ☐ Recovered Value ☐ Evidence Value ☐ Safekeeping Value ☐ Damaged Value

Location Seized:

Owner:

Owner Address:

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Description:

☐ Stolen Value ☐ Recovered Value ☐ Evidence Value ☐ Safekeeping Value ☐ Damaged Value

Location Seized:

Owner:

Owner Address:

| Officer ID: | Brian Needham | 33137 | Reviewed By: David R. Glerup, Sheriff | Approved: YES | Date: 03/23/2004 |
|---|---|---|---|---|---|

Printed By/On: 42 / 06/09/2011 12:43:34
CrimeStar® Law Enforcement Records Management System
Licensed to: HARNEY COUNTY OR SHERIFF'S OFFICE

DUSTY HAMMOND DOCS_00023



| HARNEY COUNTY SHERIFF<br>485 N COURT AVE | Page 4 | Case No. 0403055 | |
|---|---|---|---|
| | | Type: Investigation | Seq: 1 |
| Crime / Incident (Primary)<br>999.999 INVESTIGATION / INFORMATION | Attempt ☐ | Narrative Report | |

On March 9, 2004 I received information from Sandy Gardner, Department of Human Services, about a possible assault involving a student at the Crane High School, Crane, Harney County, Oregon. It was arranged for myself and Ms. Gardner to go to the Crane School and interview the student.

On March 9, 2004 at about 9:00AM Ms. Gardner and I met with Dusty Hammond at the Crane High School, Crane, Harney County, Oregon. I explained to Dusty why we were there and asked him to explain what had happened.

Dusty told me that about four to five (4-5) weeks ago he had scratched some initials into his shoulder/chest area with a paper clip. Dusty told me that he had scratched one letter on one side of his chest and another letter on the other side of his chest. Dusty stated he had scratched a "J" on one side and an "S" on the other side.

Dusty told me that about on about February 29, 2004 that his grandparents, Dwight and Susan Hammond, found out about Dusty scratching the initials into his chest. Dusty stated that his grandparents did not know how to handle the situation with Dusty, so they called Dusty's uncle, Steven Hammond. Dusty told me that Steve is the one that disciplines him on any matters that his grandparents do not know how to handle.

Dusty told me that in the past several months the discipline has gotten worse and worse. Dusty told me that about two to three (2-3) months ago he and Steve had gotten into an argument about how Dusty was doing his chores. Dusty stated that Steve became very upset and charged him. Dusty stated that Steve hit him in the chest with a closed fist knocking him to the ground. Dusty stated that Steve then took Dusty's face and rubbed it into the gravel. Dusty stated that this action hurt and made him become fearful of Steve.

Dusty told me the next incident was when he was cited for Minor in Possession of Alcohol. Dusty stated that Steve drove him to Diamond, Harney County, Oregon and made Dusty walk back to the ranch. Dusty stated that it is at least ten (10) miles from Diamond to the Hammond Ranch.

Dusty told me the next time was when he was cited for Minor in Possession of tobacco. Dusty told me that Steve made him eat two (2) cans of Skoal Smokeless Tobacco and then again walk from Diamond, Oregon to the Hammond Ranch.

Dusty told me that on February 29, 2004 between 7:00PM and about 8:00PM Steve talked to Dusty about the initials that Dusty had scratched into his chest. Dusty stated that Steve was very upset with him. Dusty told me that his grandparents were present during this time.

| Officer ID: Brian Needham | 33137 | Reviewed By: David R. Glerup, Sheriff | Approved: YES | Date: 03/23/2004 |
|---|---|---|---|---|

Printed By/On: 42 / 06/09/2011 12:43:34
CrimeStar® Law Enforcement Records Management System
Licensed to: HARNEY COUNTY OR SHERIFF'S OFFICE

DUSTY HAMMOND DOCS_00024

| HARNEY COUNTY SHERIFF<br>485 N COURT AVE | Page 5 | Case No. 0403055<br>Type: Investigation | Seq: 1 |
|---|---|---|---|
| Crime / Incident (Primary)<br>999.999 INVESTIGATION / INFORMATION | Attempt ☐ | Narrative Report | |

Dusty stated that Steve told him that he was not going to let Dusty deface the family by carving on himself. Dusty stated that Steve then took him and began to sand the initials off of his chest. Dusty told me that Steve sanded on each side of his chest for at least five (5) minutes. Dusty told me that Steve used a very coarse sand paper to sand off the initials. Dusty told me that the process was very painful, but that he did not cry because he knew that Steve would continue the process for a longer period of time. Dusty stated that his grandmother was present during the entire sanding process, but that his grandfather got up about half way through and left the room. Dusty told me that Steve told him that if the sanding did not remove the initials, that he would filet the initials off of Dusty's chest.

Dusty told me that after Steve was finished with the sanding process, that the areas were bleeding. Dusty told me that his grandmother, Susan Hammond told Dusty to go clean the area up and not to have a pitty party. Dusty stated that his grandmother told him to take shower if he wanted to, but to make sure that he cleaned the wounds with alcohol and put neosporin on them. Dusty told me that he did as his grandmother instructed and then went to bed.

Dusty's injuries were photographed by Ms. Gardner in my presence. The photos are attached as evidence.

| Officer ID : Brian Needham 33137 | Reviewed By : David R. Glerup, Sheriff | Approved : YES | Date : 03/23/2004 |
|---|---|---|---|

| HARNEY COUNTY SHERIFF<br>485 N COURT AVE<br>BURNS, OR 97720-1524<br>541-573-6156 | Page 1 | Incident Supplement Page |
|---|---|---|
| | Case No. 0403055 | |
| | Reported 03/16/2004 14:10 Tuesday | |

Title: *Interview with the Hammonds on 3/16/2004*

*Suspect: Steve Hammond, DOB: 2/21/1969*
*Suspect: Dwight Hammond, DOB: 1/13/1942*
*Suspect: Susie Hammond, DOB: 5/16/1941*
*Mentioned: Earlyna Hammond*

*On March 16, 2004 at about 2:10PM I contacted Steve Hammond, Dwight Hammond and Susie Hammond at the Hammond Ranches, Diamond, Harney County, Oregon. Also present was Earlyna Hammond. I explained to the everyone present why I was there to talk with them and asked if I could tape record the interview. All three suspects stated they did not want the conversation tape recorded. I advised everyone present of their Miranda Rights. Everyone stated they understood the rights and agreed to talk with me.*

*I asked everyone if they could tell me what had happened on about February 29, 2004 when the sanding incident with Dusty Hammond occurred. Steve Hammond began by telling me some back ground information on Dusty Hammond. During the interviews everyone made comments. I was told that the Hammonds have been having trouble with Dusty since about September 2003. The Hammonds told me that they have seeked help through Harney Behavioral Health, BC Cummings and Jolene Cawlfield. Dwight and Susie Hammond told me that they have had temporary custody of Dusty Hammond for about four years. They continued by telling me that they have been trying to get mental and alcohol evaluation with Harney Behavioral Health since about October 2003. They told me that Dusty has been on a medication similar to Prozac for about the last three to four (3-4) months for depression. Dwight and Susie Hammond told me that they have been at their wits end for several months and that has been why they having been trying to get help with Dusty Hammond.*

*This conversation went on for about fifteen to twenty minutes before I finally got them redirected. I began by asking the Hammonds about the incident when Dusty got the Minor in Possession of Alcohol. Dwight Hammond told me that after the alcohol incident he could not believe that Dusty liked alcohol so he tried to make a point with Dusty and gave him a shot of alcohol. I asked Dwight Hammond about the report that Dusty was dropped off in Diamond, Oregon and forced to walk back to the ranch. The Hammonds changed the subject and would not answer the question.*

*I then asked the Hammonds about the incident when Dusty got the Minor in Possession of tobacco. On this incident Dwight told me that he tried to show Dusty that chewing tobacco was harmful on his body. Dwight continued by saying that he had Dusty eat a full can of chewing tobacco of a several day period. Again I asked if Dusty was forced to walk from Diamond, Oregon to the Hammond Ranch. Again the Hammonds changed the subject and would not answer my question.*

*I then moved into the sanding incident. Steve Hammond began by telling me that raising kids is like raising cows or dogs. Steve then told me that Dusty was lucky that he was not at the ranch when he told on Dwight, Susie and himself or there would have been hell to pay and Dusty would have wished he wasn't alive. I explained to the Hammonds that it was not Dusty that was pursuing this investigation, that it was the State of Oregon. Steve Hammond told me that he did not agree with the government*

| Officer ID: Brian Needham 33137 | Agency: HCSO | Reviewed By: 1840 | Date: 11/10/2004 |
|---|---|---|---|

Printed By/On: 42 / 06/09/2011 12:43:37
CrimeStar® Law Enforcement Records Management System 11712.4240
Licensed to: HARNEY COUNTY OR SHERIFF'S OFFICE

DUSTY HAMMOND DOCS_00033

HARNEY COUNTY SHERIFF
485 N COURT AVE
BURNS, OR 97720-1524
541-573-6156

Page 2 **Incident Supplement Page**

Case No. **0403055**

Reported 03/16/2004 14:10 Tuesday

Title: *Interview with the Hammonds on 3/16/2004*

*getting involved in family matters, that none of the government agencies had ever done anything to help the situation. At this point I had to get the Hammonds back on the subject about the sanding incident.*

*Dwight Hammond told me that Dusty had accidentally showed him the carvings of the initials on his chest. That a family meeting was called to discuss the incident. Dwight said everyone was present including Dusty. Dwight told me that Dusty was given an opportunity to come up with an alternative punishment. Dwight told me that after a while when Dusty was not able to come up with a punishment, that it was decided by the family that the initials would be sanded off. All of the Hammonds told me that it was decided mutually and agreed upon by everyone including Dusty that this was a good plan. Steve Hammond told me that they have been trying to teach Dusty to respect his body. During the interview I asked approximately ten (10) times who actually did the sanding on Dusty's chest, but no one would ever tell me. The Hammonds continued to change the subject when asked.*

*The Hammonds told me that after the sanding was completed Dusty made the comment that he did not think the areas were sanded deep enough and thought that he should use steel wool to sand the areas some more. The Hammonds told me that they do not know if he actually sanded the areas anymore. Susie Hammond told me that she told him to use alcohol and neosporin on the injuries to clean them. The Hammonds told me that none of them saw the injuries after that time.*

*The Hammonds did not have anything else to add and the interview was concluded at about 5:00PM.*

| Officer ID : | | Agency : | Reviewed By : | Date : |
|---|---|---|---|---|
| Brian Needham | 33137 | HCSO | 1840 | 11/10/2004 |

Printed By/On: 42 / 06/09/2011 12:43:37
CrimeStar® Law Enforcement Records Management System 11712.4240
Licensed to: HARNEY COUNTY OR SHERIFF'S OFFICE

DUSTY HAMMOND DOCS_00034



DUSTY HAMMOND DOCS_00026

CM 1 2 3 4 5 6 7 8 9 10 11 12
Patient Name: Dusty Hammond
Date: 3/9/04
Wound Length:
Wound Width:
Wound Depth:
INCHES 1 2 3 4
R
Smith & N
Wound Mana
Customer Care Ce
Smith

DUSTY HAMMOND DOCS_00028

CM 1 2 3 4 5 6 7 8 9 10
Patient Name: Dusty Hammond
Date: 3/9/04
Wound Length:
Wound Width:
Wound Depth:
INCHES 1 2 3 4

CM
Patient Name: Dusty Hammond
Date: 3/9/04
Wound Length:
Wound Width:
Wound Depth:
INCHES
R



DUSTY HAMMOND DOCS_00031

Patient Name: Dusty Hammond
Date: 3/9/04
Wound Length:
Wound Width:
Wound Depth:
INCHES
CM
Smith & Nep
Wound Manageme
Customer Care Center