```
 1      Q.    And the lunch, do you recall the lunch, since
 2   you remembered the breakfast?
 3      A.    Not particularly.  I remember the egg salad.
 4      Q.    Okay.  And who had prepared the lunch?
 5      A.    Susie.
 6      Q.    Your grandmother?
 7      A.    Yes.
 8      Q.    And had it been prepared or was it -- she had
 9   to prepare or not, do you recall?
10      A.    It was done when we got there.
11      Q.    You've described you went back to the ranch,
12   but you omitted mentioning Mr. Steven Hammond, your
13   uncle.  Did Steven Hammond go back to the ranch with you
14   guys?
15      A.    No, he -- there is a -- drove an old Willies
16   Jeep that's been parked at the cabin.  He took that and
17   started out the road that goes towards Rock Jack Gate.
18   Said he had to go move a backhoe or something.  I just
19   overheard him talking to Dwight.
20      Q.    And do you recall when -- after you got back to
21   the ranch, if you had any conversations with Mr. Dwight
22   Hammond, your grandfather, or your uncle, Steven
23   Hammond?
24      A.    Yeah.  Dwight told me to keep my mouth shut,
25   that nobody needed to know about the fire, and they
```

GOVERNMENT EXHIBIT 6

```
 1   didn't need to know anything about it.
 2      Q.    And where did he tell you this?  Where were you
 3   at, if you recall?
 4      A.    We were all sitting at the table in the
 5   kitchen.
 6      Q.    When you say you all were sitting at the table,
 7   who is you all?
 8      A.    Steven and Dwight, my dad and Susie.
 9      Q.    Besides Dwight, did Mr. Steven Hammond ever
10   talk to you about this particular fire?
11      A.    No.
12      Q.    Did he have anything to say to you regarding
13   saying anything to anybody else, talking to anybody else
14   about the fire?
15      A.    Just told me to keep my mouth shut.
16      Q.    And where did he tell you that?
17      A.    He was sitting across the table next to Dwight.
18      Q.    And after that occurred, sir, did you talk
19   about this incident to anybody else?
20      A.    No.
21      Q.    You later went to live with your mother,
22   correct?
23      A.    Yeah.
24      Q.    And from the time you were 13, do you recall
25   when you left the Hammond ranch, how old you were?
```

```
 1     A.    Middle of my sophomore year.
 2     Q.    Then you went to live with your mother for a
 3  while?
 4     A.    Yes.
 5     Q.    You also lived with your father for a while?
 6     A.    Yes.
 7     Q.    And then you went back to live with your
 8  mother?
 9     A.    Yes.
10     Q.    Why didn't you -- specifically, why didn't you
11  tell anybody?  What was the reason why you kept this
12  secret?
13     A.    I was afraid of Steven and Susie.  And I don't
14  like to talk about it.  Just never said anything about
15  it.  Nobody ever asked.
16     Q.    Someone eventually did ask, did they not?
17     A.    Yeah.
18     Q.    Do you remember someone coming to your mom's
19  house up in Washington?
20     A.    Yes.
21     Q.    Mr. Shrader?
22     A.    Yep.
23     Q.    In March 9th of 2011?
24     A.    Yes.
25     Q.    Came with someone else?
```

1  Q.  Just sometimes there and sometimes not?
2  A.  Yes.
3  Q.  But it's your testimony he was there both at
4  the deer hunt and at the elk hunt?
5  A.  Yes.
6  Q.  And that he was lighting fires?
7  A.  Yes.
8  Q.  How much of that day were you with your uncle
9  Steven Hammond?
10 A.  At the beginning of it and from the time we
11 came up into a group.
12 Q.  So much of the time?
13 A.  Not a lot of it.
14 Q.  Did he have a cell phone with him?
15 A.  Not that I know of.
16 Q.  You've testified that he told you it was --
17 Steven Hammond also told you not to tell anybody about
18 setting the fires?
19 A.  Yes.
20 Q.  Did you hear him call anybody to say he was
21 setting a fire?
22 A.  No.
23 Q.  Because he said he didn't want anybody to know
24 that he set any fires, right?  That's what he told you?
25 A.  He just told me to keep my mouth shut.