UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 6:10-CR-60066-2-AA |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AUTHORIZING |
| v. ) | DEFENDANT DWIGHT LINCOLN |
| ) | HAMMOND, JR. TO |
| DWIGHT LINCOLN HAMMOND, Jr., ) | TRAVEL OUT OF STATE |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Dwight Lincoln Hammond, Jr., by and through his attorneys, Kendra M. Matthews and Ransom Blackman LLP, has moved this Court for an Order authorizing his travel to California from Tuesday, November 24, 2015, through Saturday, November 28, 2015.

After consideration of the reason therefore, the Court being fully advised of the premises and finding good cause, it is ORDERED that Dwight Lincoln Hammond, Jr. is

//

Page 1 -    ORDER AUTHORIZING DEFENDANT DWIGHT LINCOLN
HAMMOND JR. TO TRAVEL OUT OF STATE

authorized to travel to California from November 24, 2015, through Saturday, November 28, 2015.

Dated this 23rd day of November, 2015.

_____
ANN AIKEN
United States Chief District Judge

Presented by:

*/s/ Kendra M. Matthews*
KENDRA M. MATTHEWS
OSB No. 965672
Ransom Blackman LLP
Of Attorneys for Defendant
Dwight Lincoln Hammond, Jr,.
Page 2 -   ORDER AUTHORIZING DEFENDANT DWIGHT LINCOLN HAMMOND JR. TO TRAVEL OUT OF STATE

RANSOM BLACKMAN LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984